UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DEANNA JOHNSON

    Plaintiff,

vs.

FORD MOTOR COMPANY,
*a Delaware corporation;*

    Defendant.

Case No. 2:19-cv-10167
Hon. Gershwin A. Drain

_____/

| Carol A. Laughbaum (P41711) | Elizabeth P. Hardy (P37426) |
|---|---|
| STERLING ATTORNEYS AT LAW, P.C. | Julia Turner Baumhart (49173) |
| Attorneys for Plaintiff | Thomas J. Davis (P78626) |
| 33 Bloomfield Hills Pkwy., Ste. 250 | KIENBAUM, HARDY, VIVIANO, |
| Bloomfield Hills, Michigan 48304 |   PELTON & FORREST, P.L.C. |
| (248) 644-1500 | Attorneys for Defendant |
| claughbaum@sterlingattorneys.com | 280 N. Old Woodward Ave., Ste.400 |
| | Birmingham, MI 48009 |
| | (248) 645-0000 |
| | ehardy@khvpf.com |
| | jbaumhart@khvpf.com |
| | tdavis@khvpf.com |

_____/

## PLAINTIFF'S EXPERT WITNESS LIST

Plaintiff DeAnna Johnson, by her attorneys Sterling Attorneys at Law, P.C., submits the following list of expert witnesses who may be called to testify at the time of trial.

1. Nitin Paranjpe, Ph.D. or another labor economist from Thomson Econometrics in Bloomfield Hills, MI (damages expert)

2. Tom Murphy or Scott Bailey from N-1 Discovery in Troy, MI (computer forensic experts)

|  |  |
|---|---|
| **PROOF OF SERVICE**<br><br>I certify that on October 2, 2019, I filed the foregoing paper with the Clerk of the Court using the ECF system which will electronically send notification to all counsel of record.<br><br>/s/Carol A. Laughbaum<br>Sterling Attorneys at Law, P.C.<br>33 Bloomfield Hills Pkwy., Ste. 250<br>Bloomfield Hills, MI 48304<br>(248) 644-1500<br>claughbaum@sterlingattorneys.com | Respectfully submitted,<br><br>STERLING ATTORNEYS AT LAW, P.C.<br><br>By:  /s/Carol A. Laughbaum<br>   Carol A. Laughbaum (P41711)<br>   Attorney for Plaintiff<br>   33 Bloomfield Hills Pkwy., Ste. 250<br>   Bloomfield Hills, MI 48304<br>   (248) 644-1500 |