**EXHIBIT G**



PLAINTIFF'S
EXHIBIT
#2
10-3-19 MKT

+14198705186

No subject
Message size: 1KB
Expires: 8:31 AM Jul 25
MMS 8:31 AM

No subject
Message size: 1KB
Expires: 10:11 AM Jul 25
MMS

No subject
Message size: 1KB
Expires: 10:11 AM Jul 25
MMS 10:11 AM

Tuesday, July 24, 2018

Don't let Al get away. 1:38 PM

Wednesday, July 25, 2018

First thing they asked for was frame line JPH 5:25 AM

We did it. They can't find it. 5:27 AM



Enter message



Not a big eater 9:45 AM

"Nick please bring Tarry's vac slip he wants it" 11:20 AM

Done 4:52 PM

Tuesday, September 11, 2018

I'm at station 75 taking a nap. 6:15 AM

Nick shine your light 6:15 AM

Nope

6010..15...6020..16 6:33 AM

Rich called the time change out at 11:10 over the radio. If team leaders were paying attention they would have known. 11:27 AM

Wednesday, September 19, 2018

You ok? 2:56 PM

3:17 PM My blood pressure is 175/130 with vertigo

Where are you now? 3:17 PM

3:24 PM Leaving hospital

I knew I should not have shown you that pic. 3:25 PM

3:27 PM 

Thursday, September 20, 2018

At work? 8:19 AM

Enter message

 **Np** 4:12 PM

Monday, November 19, 2018

 &lt;Subject: NoSubject&gt;



MMS
11:35 PM

Thursday, November 22, 2018

Hey Nick first happy Thanksgiving

