UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA JOHNSON,

    Plaintiff,

v.

FORD MOTOR COMPANY,
a Delaware corporation,

    Defendant.

Case No. 19-cv-10167

Honorable Gershwin A. Drain

Magistrate Elizabeth A. Stafford

---

| STERLING ATTORNEYS AT LAW, P.C. | KIENBAUM HARDY VIVIANO |
|---|---|
| Carol A. Laughbaum (P41711) | PELTON & FORREST, P.L.C. |
| Attorneys for Plaintiff | Elizabeth P. Hardy (P37426) |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Julia Turner Baumhart (P49173) |
| Bloomfield Hills, MI 48304 | Thomas J. Davis (P78626) |
| (248) 644-1500 | Attorneys for Defendant |
| claughbaum@sterlingattorneys.com | 280 N. Old Woodward Ave. |
| | Ste. 400 |
| | Birmingham, MI 48009 |
| | (248) 645-0000 |
| | ehardy@khvpf.com |
| | jbaumhart@khvpf.com |
| | tdavis@khvpf.com |

---

**Joint Statement of Unresolved Issues re: Defendant's Motion to Compel and Defendant's Subpoenas of N1 and Sterling Law (Per Court's October 17, 2019 and October 22, 2019 Orders)**

-2-

At approximately 6:30 in the evening on November 4, 2019, the parties were able to resolve all issues. A draft stipulated order cancelling the forthcoming hearing will be submitted via ECF utilities on Tuesday, November 5, 2019 consistent with the Court's earlier order.

Jointly submitted by:

| | |
|---|---|
| STERLING ATTORNEYS AT LAW, P.C. | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
| By: s/*Carol A. Laughbaum* (by permission)<br>    Carol A. Laughbaum (P41711)<br>33 Bloomfield Hills Pkwy., Ste. 250<br>Bloomfield Hills, MI 48304<br>(248) 644-1500<br>claughbaum@sterlingattorneys.com | By:s/*Thomas J. Davis*<br>Elizabeth Hardy (P37426)<br>Thomas J. Davis (P78626)<br>Attorneys for Defendants<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>tdavis@khvpf.com |

Dated: November 4, 2019

## **CERTIFICATE OF SERVICE**

    The undersigned, being first duly sworn, states that on November 4, 2019, the foregoing was served on all parties of record via CM/ECF.

                                        /s/Thomas J. Davis_____
                                        Thomas J. Davis