EXHIBIT I

EXHIBIT I



**EXHIBIT I**



EXHIBIT I



EXHIBIT I



PLTF003197

**EXHIBIT I**



EXHIBIT I



PLTF003204

EXHIBIT I



EXHIBIT I



PLTF003210

EXHIBIT I



PLTF003211

**EXHIBIT I**



**EXHIBIT I**



EXHIBIT I



**EXHIBIT I**



**EXHIBIT I**



**EXHIBIT I**



EXHIBIT I



**EXHIBIT I**

**EXHIBIT I**

