**EXHIBIT J**





PLTF003140

**EXHIBIT J**





> I'm at your desk upstairs
> 4:30 PM

> Open your drots there
> 4:34 PM

Sunday, October 28, 2018

> 330 picture 500 meeting
> 2:35 PM

> Can you buy me a coke I have 75cents my wallet in my car
> 6:41 PM

Tuesday, October 30, 2018

> Let me know when you are back. I would like to step outside myself for a breath of fresh air.
> 1:43 AM

33



> I'm sorry I been back
>
> You will have to come to my desk as soon as we shut down to close your drots.
>
> Ftov sheet
>
> See how I keep you out of trouble?
>
> I know that was Hall that's why I take it seriously and want to be completely ready

PLTF003155

**EXHIBIT J**



**EXHIBIT J**



**EXHIBIT J**







log in twos

Can you print me a h321 for engine

Saturday, November 3, 2018

I don't even know what that was just about... 9:42 AM

Whatever...tease... 9:47 AM

&lt;Subject: NoSubject&gt;



PLTF003165



- 5:34 PM — Don't forget
- 7:02 PM — Hey Nick I can't get it to print and it's just stuck on my screen copy
- 11:53 PM — Do you need me to stay

Tuesday, November 6, 2018

- 12:55 AM — Nope
- 12:57 AM — 😮😪
- 3:21 PM — Are you going in
- Are you inviting?
- Oh...wait...

PLTF003166



**Are you going in** — 3:21 PM

Are you inviting?

Oh...wait...

Work...no — 3:22 PM

😂😂😂😂😂😂😂
😂 — 3:22 PM

--- Wednesday, November 7, 2018 ---

Billy just called me about veterans day and jobs I have to Call Anthony I don't have his number in this phone do you — 1:01 PM

Oh now all of a sudden you need

PLTF003167



**EXHIBIT J**





**EXHIBIT J**



PLTF003180

**EXHIBIT J**



PLTF003183

**EXHIBIT J**



**PLTF003184**

