**EXHIBIT O**

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| **From:** | Spadafora, Mario (M.A.) |
| **Sent:** | Tuesday, November 27, 2018 11:34 AM |
| **To:** | Murn, George (J.); Harris, Leslie (L.K.) |
| **Cc:** | Jackson, Dwayne (D.) |
| **Subject:** | Request for CIRT (Consensual Search of Personal Phone) / Deanna Johnson (GPID No. ▇▇▇▇) |
| **Attachments:** | Consent to Search Form.pdf |

George/Dwayne:

**Background:**
DTP and I have a sex harassment case that we are working on involving two Salaried Process Coaches. The Complainant's name is Deanna Johnson (GPID No ▇▇▇▇ CDSID: ▇▇▇▇) and she has alleged an ongoing pattern of harassment by Process Coach, Nicholas Rowan (GIPD No. ▇▇▇▇ / CDSID: ▇▇▇▇). Rowan allegedly showed and texted Johnson messages and nude pictures of himself. Johnson, alleges a quid pro quo in that Rowan (a seasoned Process Coach) told Johnson (a new Process Coach and new ford employee) that he wouldn't help her learn her job unless she provided him with nude pictures of herself. Rowan allegedly made lewd requests (e.g. 'let me see your breasts', and 'send me pics of your vagina' when she went to the restroom). In addition, it was alleged that Rowan invaded the Johnson's privacy (and violated Directive C-114) by taking pictures of her in the plant (e.g., pics of her bending over were sent to her phone Rowan). Additionally, Johnson indicated that Rowan has video and nude pics of hourly female employees and that he has shown them to her.

**Request:**
We'd like to have a CIRT submitted to Forensics on our behalf to enable a search of her personal cell phone. The complainant has consented to the search and the Plant will have her complete the consent to search document required by Forensics before proceeding. Results should be send to both Les Harris (CDSID ▇▇▇▇) and Mario Spadafora (CDSID: ▇▇▇▇). The person of interest has been suspended pending the outcome of the investigation. If the case can be expedited we'd appreciate it. Thanks!

---

Les:

Please have the employee complete the attached Consent to Search document and forward directly to George and Dwayne as it will become part of the CIRT request. Also available at the link below is our standard sex harassment investigatory interview questions template that we discussed.

CLICK HERE FOR SEX HARASSMENT INVESTIGATION QUESTION TEMPLATE

Regards,

**Mario Spadafora**
Personnel Relations & Employment Policies | Ford Motor Company | ▇▇▇▇

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

EXHIBIT O

*Ford Motor Company*

## CONSENT TO SEARCH

I, _____, residing at _____, hereby authorize, invite, consent and permit _____ and _____, representatives of Ford Motor Company, to search the premises occupied by me at _____ _____.

I further authorize the above named persons to seize and carry away any and all property, material or other item of value, the property of Ford Motor Company that is located, found or discovered on the foregoing described property.

This authorization, invitation, consent and permission is given with full knowledge of my constitutional rights, voluntarily, without promise of reward, threat or coercion.

**Signature:** _____   Date: _____

Printed name: _____   Time: _____

**Witness #1 Signature:** _____   Date: _____

Printed name: _____   Time: _____

**Witness #2 Signature:** _____   Date: _____

Printed name: _____   Time: _____