UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA JOHNSON,

    Plaintiff,                          Case No. 19-cv-10167

v.                                     Honorable Gershwin A. Drain

FORD MOTOR COMPANY,          Magistrate Elizabeth A. Stafford
a Delaware corporation,

    Defendant.

---

| STERLING ATTORNEYS AT LAW, P.C. | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| Carol A. Laughbaum (P41711) | Elizabeth P. Hardy (P37426) |
| Attorneys for Plaintiff | Thomas J. Davis (P78626) |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Attorneys for Defendant |
| Bloomfield Hills, MI 48304 | 280 N. Old Woodward Ave. |
| (248) 644-1500 | Ste. 400 |
| claughbaum@sterlingattorneys.com | Birmingham, MI 48009 |
| | (248) 645-0000 |
| | ehardy@khvpf.com |
| | tdavis@khvpf.com |

---

**Stipulated Order Referring Case to Facilitative Mediation**

**WHEREAS** the Court's November 11, 2021 scheduling order provided that the parties must submit to case evaluation in January 2022, but that the parties could instead elect to facilitate; **AND**

**WHEREAS** the parties have mutually agreed to a facilitative mediation with Megan Norris of the Miller Canfield firm on January 28, 2022;

**IT IS HEREBY ORDERED** that the parties will submit to facilitative mediation with Ms. Norris on January 28, 2022; **AND**

**IT IS FURTHER ORDERED** that the scheduling order is modified to remove the requirement for case evaluation in January 2022.

IT IS SO ORDERED.

Dated:  December 9, 2021                               s/Gershwin A. Drain_____
                                                                          Honorable Gershwin A. Drain
                                                                          United States District Court Judge

The above order is stipulated as to form and content:

Jointly submitted by:

| STERLING ATTORNEYS AT LAW, P.C. | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| By: s/*Carol A. Laughbaum (by permission)*<br>Carol A. Laughbaum (P41711)<br>33 Bloomfield Hills Pkwy., Ste. 250<br>Bloomfield Hills, MI 48304<br>(248) 644-1500<br>claughbaum@sterlingattorneys.com | By: s/*Thomas J. Davis*<br>Elizabeth Hardy (P37426)<br>Thomas J. Davis (P78626)<br>Attorneys for Defendants<br>280 N. Old Woodward Ave.<br>Ste. 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>tdavis@khvpf.com |

Dated: December 9, 2021