UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DeAnna Johnson,

                Plaintiff(s),

v.                                        Case No. 2:19−cv−10167−GAD−EAS
                                            Hon. Gershwin A. Drain

Ford Motor Company,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion for Summary Judgment – #87

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Gershwin A. Drain *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/T McGovern
                                                        Case Manager

Dated:  July 12, 2022