**EXHIBIT B**

# In the Matter Of:

# JOHNSON vs FORD MOTOR COMPANY

# NICHOLAS J. ROWAN, SR.

October 03, 2019

*Prepared for you by*



U.S. Legal Support

Bingham Farms/Southfield • Grand Rapids

Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw • Troy

**EXHIBIT B**

ROWAN, SR., NICHOLAS J.
10/03/2019

Pages 85–88

Page 85

1    as why I'm here.
2  Q  So it's your testimony, sir, that you never sent
3     DeAnna any sexual texts?
4  A  Yes, that is my testimony.
5  Q  You never asked her to show you her breasts or
6     pictures of her breasts?
7  A  That is my testimony.
8  Q  Did she ever send you pictures of her breasts?
9  A  No.
10 Q  Have you used the phrase flash pic?
11 A  No. I don't even know what that means.
12 Q  You don't know what flash pic means?
13 A  No, I don't.
14 Q  Did you call DeAnna a chocolate Jolly Rancher?
15 A  No.
16 Q  Or a Jolly Rancher with legs?
17 A  No.
18 Q  Did she ask you what you meant with respect to a
19     comment about a Jolly Rancher and you said she was
20     a chocolate treat you wanted to lick and suck on?
21 A  Absolutely not.
22 Q  With respect to taking a picture of Ms. Johnson
23     from behind what is your position on that? You did
24     that or did not do that?
25 A  She --

Page 86

1       MR. DAVIS:   Asked and answered.
2              Go ahead.
3  A  She was at my desk and I was on the other side of
4     the line and I took a picture and said uh-huh. And
5     then I don't remember the comment that I made to
6     her when I showed it to her, and I said, oh, look,
7     in my stuff again.
8  Q  Why were you taking a picture of her from behind?
9  A  Because I was behind her and she was at my desk.
10 Q  Why would you take a picture?
11 A  Just to show her, I said, look, you're at my desk
12     again getting into my stuff. We had a very good
13     relationship as far as I knew. We had playful
14     banter back and forth about work stuff.
15 Q  Did you ever text her and use the word come, but
16     spell it c-u-m?
17 A  No.
18 Q  Did you ever complain to her that she wasn't
19     sending you the nude pictures you had asked for?
20 A  No.
21 Q  Did you have any discussions with DeAnna about
22     nipple piercing?
23 A  She had mentioned one time with -- there was me
24     there, Shaun there, somebody else, I'm not sure who
25     it was, but she had mentioned because of her rap

Page 87

1     career.
2  Q  You made comments about you knew she had pierced
3     nipples and you could see them through her shirt?
4  A  No.
5  Q  Is that what you told her?
6  A  No. The only comment was ever made regarding that
7     was her telling people, yeah, they're not a bad
8     thing to have.
9  Q  Did you bump her in the chest area and ask her if
10     that hurt her piercing?
11 A  No.
12 Q  Did you learn that someone had using a label gun
13     left a label on her desk that said one silver, one
14     gold?
15 A  No.
16 Q  Are you denying that you were responsible for
17     that?
18 A  Yeah, I'm not sure what that refers to.
19 Q  Well, did you ever say to DeAnna something to the
20     effect of you knew she had one silver and one gold
21     nipple ring?
22 A  No.
23 Q  Did you grab her breasts?
24 A  No.
25 Q  Did you ever apologize to her for grabbing her

Page 88

1     breasts?
2  A  No.
3  Q  Why would you have done that --
4  A  I --
5  Q  -- or you just never did it?
6  A  No, I didn't. I -- and I even have the text
7     message. We were in my cubicle one time and I had
8     bumped her leg and I felt bad about bumping her leg
9     and I apologized for that because I remember
10     apologizing for that and I'm like --
11 Q  Bumped her leg with what part of your body?
12 A  Just my arm.
13 Q  Why would you need to apologize for bumping her
14     leg with your arm?
15 A  Well, it was like her thigh and that's just, you
16     know, too close for comfort for me so I said, oh,
17     sorry.
18 Q  Then you followed up with a text or not?
19 A  Yeah. And she had written back something like a
20     slip is a slip. I still have it on me word for
21     word, but it said something like, oh, a slip is a
22     slip or something like that.
23 Q  Did DeeDee tell you she was going to report you to
24     HR?
25 A  Never came up. Until the day I got walked out I

**EXHIBIT B**

ROWAN, SR., NICHOLAS J.
10/03/2019

Pages 121–124

Page 121

```
 1         referring to her itching from a potato sack because
 2         you got potato bugs and all sorts of stuff like
 3         that so, guess what, take a shower, get rid of the
 4         itching.
 5   Q     Look at Page 44.  Do you know why you would text
 6         her whatever, dot, dot, tease, dot, dot, dot?
 7   A     In that reference right there?
 8   Q     Yes.
 9   A     No, I don't even know what that was just about,
10         whatever, tease.  I have no idea.
11   Q     Do you think Deanna Johnson was a tease?
12   A     No.
13         What are these photos of on 44 and 45 if you can
14         make them out?
15   A     It's a pillar at work.  There's a water line right
16         there and there's a sign at the top that says fire
17         extinguisher.  That's what's in dead center so
18         that's what I'm thinking it had something to do
19         with, yeah, because the next one shows the water.
20         There should be a fire extinguisher hanging right
21         there and there's no fire extinguisher.
22               So probably for the safety committee, I run
23         around taking pictures, hey, we should have a fire
24         extinguisher here and that kind of stuff so that
25         way before the next shift gets there they could get
```

Page 122

```
 1         fire extinguishers out there for safety reason.
 2   Q     Turn to 48.
 3   A     Okay.
 4   Q     At 4:12 a.m. or 4:16 a.m., depending on how you
 5         read this, you're texting DeAnna Johnson cum,
 6         c-u-m, see me upstairs.  Do you see that?
 7   A     I do.
 8   Q     You testified under oath a few minutes ago that
 9         you never would have texted anything like that to
10         my client, correct?
11   A     And that is correct.
12   Q     So how is that we see it here in black and white?
13   A     Once again, I don't know, but I would not use that
14         spelling.  I know what that would refers to, and,
15         no, I don't use that kind of spelling.
16               These are the ones that I have here.  This is
17         about I'm on my way into work to see if I have that
18         paper to see what he's talking about.
19   Q     What page are you on?
20   A     I'm sorry.  This is 52.
21   Q     So you should have everything from here on out,
22         correct?
23   A     I believe so.
24   Q     Do you have 51 in your phone?
25   A     51, yes.
```

Page 123

```
 1   Q     So what is this referencing?  She's saying are you
 2         going in at 3:21 p.m.  You respond are you
 3         inviting, oh, dot, dot, dot, wait, dot, dot, dot,
 4         work, dot, dot, dot, no?
 5   A     That was --
 6   Q     What does that refer to?
 7   A     That was probably another playful banter.  I can
 8         see that.
 9   Q     Regarding sex?
10   A     It could be, but I mean are you inviting -- to me
11         I'm saying are you inviting because they don't pay
12         me to come in unless I get paid.  And then I said,
13         oh, wait, work, no.  So my first are you inviting
14         was to work because they don't just let us come in
15         at any time so, oh, you're inviting me to come to
16         work.
17   Q     So is that a sexual reference?
18   A     I think the last one was.  I think I did, but,
19         like I said, that was one of the few playful
20         banters between us right there, I believe so.
21   Q     Look at 62.  This page includes a photo of you and
22         another woman --
23   A     Yes.
24   Q     -- and a woman, correct?
25   A     Yes.
```

Page 124

```
 1   Q     Do you know who that woman is?
 2   A     Mary her name is.  She's another supervisor I was
 3         training.  She was actually on another shift and
 4         she came into this shift to train.
 5   Q     Is that Mary Fletcher?
 6   A     I believe Fletcher, yes.
 7   Q     Did you ever tell DeAnna that you were having sex
 8         with Ms. Fletcher?
 9   A     No, absolutely not.
10   Q     Why would you send her a picture of you and
11         Ms. Fletcher?
12   A     Because it says right there leave me at Mary's
13         Mercy.
14   Q     Meaning what?
15   A     Meaning that she was working with me for that day.
16         It was, oh, look, left me at her mercy.  Because
17         she wasn't there, she was gone that day so it's
18         like, oh, look, you left me at Mary's mercy.
19         Nothing wrong with that.  I see nothing wrong with
20         that.
21   Q     Were you ever hoping that DeAnna would send you
22         pictures?
23   A     No.
24   Q     Take a look at 66.  It looks like DeAnna has sent
25         you -- and then this looks like November 17, 2018,
```