## MUSIC NEWS

05/24/2005

# D12's Bizarre Readies Hip-Hop 'Circus'



D12 rapper Bizarre has landed a host of high-profile guests for his solo debut, "Hannicap Circus." Due June 28 via Sanctuary, the 17-track set is led by the single "Rockstar" produced by D12 leader…

**By Billboard Staff**

D12 rapper Bizarre has landed a host of high-profile guests for his solo debut, "Hannicap Circus." Due June 28 via Sanctuary, the 17-track set is led by the single "Rockstar" produced by D12 leader Eminem, who also guests on the Hi Tek-produced "Hip Hop. Elsewhere, OutKast's Big Boi and Devin The Dude lend a hand on "Porno Bitches."

Other acts contributing to "Hannicap Circus" include Raphael Saadiq, Erick Sermon and Obie Trice.

A signature hip-hop personality in the vein of Ol' Dirty Bastard with a physique reminiscent of Biz Markie, Bizarre is known as much for his contributions to D12 as he is for his appearance and unusual behavior.

"I'm a guy that chews paper, wears a shower cap in public, pops Vicodin pills and goes fishing," the rapper says. "I'm here to lighten up the hip-hop game."

Eminem and the other D12 members will be close at hand as Bizarre begins promoting the album, having already appeared in the "Rockstar" video. As previously reported, D12 will join Eminem and 50 Cent on this summer's Anger Management tour, which begins July 7 outside Indianapolis.

**Here is the track list for "Hannicap Circus":**

"Intro" featuring Young Miles
"Rockstar"
"F*ck Your Life" featuring Sindee Syringe
"Hip Hop" featuring Eminem
"Porno Bitches" featuring Big Boi and Devin the Dude
"Bad Day"
"Gospel Weed Song"

"I'm So Cool"

"Ghetto Music" featuring Swifty, King **Gordy** and Stick Man

"Crush on You"

"I'm So Into You"

"Coming Home" featuring Raphael Saadiq and Kuniva

"One Chance"

"Record Skip" featuring Young Miles

"I Need a Friend"

"Nuthin At All" featuring D12

"Doctor Doctor" featuring Obie Trice