UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA JOHNSON,

    Plaintiff,

v.

FORD MOTOR COMPANY,
a Delaware corporation,

    Defendant.

Case No. 19-cv-10167

Honorable Gershwin A. Drain

Magistrate Elizabeth A. Stafford

| STERLING ATTORNEYS AT LAW, P.C. | KIENBAUM HARDY VIVIANO |
|---|---|
| Carol A. Laughbaum (P41711) | PELTON & FORREST, P.L.C. |
| Attorneys for Plaintiff | Elizabeth P. Hardy (P37426) |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Thomas J. Davis (P78626) |
| Bloomfield Hills, MI 48304 | Attorneys for Defendant |
| (248) 644-1500 | 280 N. Old Woodward Ave. |
| claughbaum@sterlingattorneys.com | Ste. 400 |
| | Birmingham, MI 48009 |
| | (248) 645-0000 |
| | ehardy@khvpf.com |
| | tdavis@khvpf.com |

**Errata Sheet Regarding Defendant's Motion to Strike Testimony
of Mental Health Witness Dr. Ashok Shah (ECF No. 124)**

Defendant Ford Motor Company, in accordance with the parties' protective order, filed placeholder exhibits on the record in place of certain confidential documents to allow Plaintiff the opportunity to file a motion to seal. Plaintiff's counsel disclaimed any intent to move to seal the exhibits in question, and the time for her to move to seal under the protective order has since elapsed.

Ford thus files this errata sheet to make the following changes to Defendant's Motion to Strike Testimony of Mental Health Witness Ashok Shah (ECF No. 124):

1. The placeholder for Shah Deposition Exhibit 5, ECF No. 124-2, PageID.2719, is replaced by Shah Deposition Exhibit 5, attached as Exhibit A to this errata sheet.

2. The placeholder for Shah Deposition Exhibit 6, ECF No. 124-2, PageID.2720, is replaced by Shah Deposition Exhibit 5, attached as Exhibit B to this errata sheet.

A new judge's copy of the motion in limine brief containing these corrected pages and exhibits will be sent to chambers.

                                         Respectfully submitted

                                         /s/ *Thomas J. Davis*
                                              Elizabeth Hardy (P37426)
                                              Thomas J. Davis (P78626)
                                         Attorneys for Defendants
                                         280 N. Old Woodward Ave., Suite 400
                                         Birmingham, MI 48009
                                         (248) 645-0000
                                         ehardy@khvpf.com

Dated: July19, 2023                 tdavis@khvpf.com

## Certificate of Service

    I hereby certify that on July 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                         /s/ *Thomas J. Davis*
                                         Elizabeth Hardy (P37426)
                                         Kienbaum Hardy Viviano
                                          Pelton & Forrest, P.L.C.
                                         280 N. Old Woodward Avenue, Suite 400
                                         Birmingham, MI 48009
                                         (248) 645-0000
                                         E-mail: tdavis@khvpf.com

489600