**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**



**DMC**
DETROIT MEDICAL CENTER

Facility: Sinai-Grace Ardmore Clinic
Address: 6001 W. Outer Drive
Detroit, MI 48235-

Patient Name: JOHNSON, DEANNA
DOB: ▇▇▇ 1964
PTID: ▇▇▇▇▇▇
FIN: 200005668088
PCP: DASS,RAMSAY F
Attending: SHAH MD,ASHOK R

Admit Date: 11/29/2018
Discharge Date: 12/31/2018
Medical Service: Psychiatry

### Name History

```
Patient names          | Begin Date Time     | End Effective Dt | Name Type
JOHNSON, DEANNA        | 04/07/2011 20:48    |                  | Current
```

Shah
EXHIBIT 5
11/22/19
Rptr: Cheri Poplin

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity name above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

Children's Hospital of Michigan – 313-745-5356
Detroit Receiving Hospital – 313-745-3285
Harper Hutzel Hospital – 313-745-8022
Sinai-Grace Hospital – 313-966-3155
Huron Valley-Sinai Hospital – 248-937-3365
Rehabilitation Institute of Michigan – 313-745-1172
DMC Surgery Hospital – 248-733-2359

Report Request ID: 78250700
Requester: WOODFORD,SONYA

Printed On: 10/21/2019 14:32 EDT
Page 1 of 10

Ford/D. Johnson 01148

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA  
FIN: 200005668088  

Admit Date: 11/29/2018

### Allergies

| Substance | Updated Date/Time | Updated By | Allergy Type | Recorded On Behalf Of | Reaction Status | Reaction Symptom | Information Source | Estimated Onset | Reviewed Date/Time | Reviewed By | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| amoxicillin | 4/7/2011 20:51 EDT | WILLIAMS, LANE A | Allergy | WILLIAMS, LANE A | Active | | | Unknown | 3/31/2016 11:52 EDT | THRASHER RN, LAKESIA R | |
| clindamycin | 4/7/2011 20:52 EDT | WILLIAMS, LANE A | Allergy | WILLIAMS, LANE A | Active | | | Unknown | 3/31/2016 11:52 EDT | THRASHER RN, LAKESIA R | |
| Keflex | 4/7/2011 20:51 EDT | WILLIAMS, LANE A | Allergy | WILLIAMS, LANE A | Active | | | Unknown | 3/31/2016 11:52 EDT | THRASHER RN, LAKESIA R | |
| penicillin | 4/7/2011 20:51 EDT | WILLIAMS, LANE A | Allergy | WILLIAMS, LANE A | Active | | | Unknown | 3/31/2016 11:52 EDT | THRASHER RN, LAKESIA R | |

Report Request ID: 78250700  
Requester: WOODFORD, SONYA  

Printed On: 10/21/2019 14:32 EDT  
Page 2 of 10

Ford/D. Johnson 01149

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Patient Name: JOHNSON, DEANNA  
FIN: 200005668088  
Admit Date: 11/29/2018

### Allergy History

**Substance: amoxicillin**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/7/2011 20:51 EDT | WILLIAMS,LANE A | **Allergy Type:** Allergy; **Recorded On Behalf Of:** WILLIAMS,LANE A; **Reaction Status:** Active; **Estimated Onset:** Unknown ; **Reviewed Date/Time:** 3/31/2016 11:52 EDT; **Reviewed By:** THRASHER RN, LAKESIA R; |

**Substance: clindamycin**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/7/2011 20:52 EDT | WILLIAMS,LANE A | **Allergy Type:** Allergy; **Recorded On Behalf Of:** WILLIAMS,LANE A; **Reaction Status:** Active; **Estimated Onset:** Unknown ; **Reviewed Date/Time:** 3/31/2016 11:52 EDT; **Reviewed By:** THRASHER RN, LAKESIA R; |

**Substance: Keflex**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/7/2011 20:51 EDT | WILLIAMS,LANE A | **Allergy Type:** Allergy; **Recorded On Behalf Of:** WILLIAMS,LANE A; **Reaction Status:** Active; **Estimated Onset:** Unknown ; **Reviewed Date/Time:** 3/31/2016 11:52 EDT; **Reviewed By:** THRASHER RN, LAKESIA R; |

**Substance: penicillin**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/7/2011 20:51 EDT | WILLIAMS,LANE A | **Allergy Type:** Allergy; **Recorded On Behalf Of:** WILLIAMS,LANE A; **Reaction Status:** Active; **Estimated Onset:** Unknown ; **Reviewed Date/Time:** 3/31/2016 11:52 EDT; **Reviewed By:** THRASHER RN, LAKESIA R; |

Case 2:19-cv-10167-GAD-EAS ECF No. 134-1, PageID.3084 Filed 07/19/23 Page 4 of 10
**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA  
FIN: 200005668088

Admit Date: 11/29/2018

---

*Behavioral Health*

---

DOCUMENT NAME: Crisis Center Triage and Assessment  
SERVICE DATE/TIME: 11/29/2018 10:01 EST  
RESULT STATUS: Auth (Verified)  
PERFORM INFORMATION: MATTMAN RN,NANCY C (11/29/2018 10:01 EST)  
SIGN INFORMATION:  
AUTHENTICATED BY:

    Crisis Center Triage and Assessment  
    11/29/18 10:01 EST Performed by MATTMAN RN, NANCY C  
    Entered on 11/29/18 10:02 EST

Travel History / Infectious Symptoms  
----------------------------------

Ebola - US/Canada Contact 30Days_v2    No or no contact with recent traveler

General  
-------

Allergy                    Reaction  
1. penicillin  
2. amoxicillin  
3. Keflex  
4. clindamycin

Patient Name: JOHNSON, DEANNA Admit Date: 11/29/2018
FIN: 200005668088

---

### Ed Documents

DOCUMENT NAME: Crisis Center
SERVICE DATE/TIME: 11/29/2018 00:00 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: SHAH MD,ASHOK R (11/29/2018 14:31 EST)
SIGN INFORMATION: SHAH MD,ASHOK R (12/4/2018 12:53 EST)
AUTHENTICATED BY: SHAH MD,ASHOK R (12/4/2018 12:53 EST); SHAH MD, ASHOK R (12/4/2018 12:53 EST)

38

CRISIS CENTER

PATIENT: JOHNSON, DEANNA PTID #: ███
LOCATION: AICSAR ACCT #: 200005668088
ROOM/BED: / DOB: ███ 1964

DATE EVALUATED: 11/29/2018

SINAI-GRACE CRISIS CLINIC PSYCHIATRIC EVALUATION

I saw this patient from 10:00 a.m. to 10:55 a.m.

IDENTIFYING DATA: Patient is a 54-year-old, separated, African American female who lives alone. She is employed by Ford Motor Company since June 25, 2018. She was self-referred and encouraged by her mother.

CHIEF COMPLAINT: Depression.

HISTORY OF PRESENT ILLNESS: I saw the patient with our 2 female medical students who saw the patient before we saw the patient together. Patient complained of stress. Patient said she was fondled by a male trainer and supervisor at work. Patient said he sent his nude pictures and also inappropriate text messages. This supervisor was demanding patient to reciprocate with sending her nude pictures. Patient said this supervisor has slept with other female coworkers. This supervisor also showed our patient video of him having sexual relationship with the other female coworker. Patient said a week ago, her blood pressure was 175/145 at work, she passed out and she was seen at William Beaumont Hospital. Patient said she went to the immediate male supervisor who did nothing. Patient said she went above him, he also did nothing. Patient went to HR Department and showed her iPhone with inappropriate messages and pictures. Patient said that the supervisor who was harassing her was asked to leave from the work place. Patient said he was screaming and threatening. The work people told the patient that they cannot guarantee any safety outside the work place. Patient went to police not to complain against him, but to file a PPO for her own safety. Patient does not sleep good, does not eat. She is anxious. Patient cried almost all through the interview. Patient feels ashamed and embarrassed, "I feel bad." Patient feels responsible, thinking that this

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Patient Name: JOHNSON, DEANNA  Admit Date: 11/29/2018
FIN: 200005668088

## Ed Documents

supervisor has lost his job, he has 7 kids. Patient is afraid for her life. Patient said this supervisor was punching the file cabinet while demanding pictures of the patient. Patient has no energy. No manic symptoms. No voices. No visions. Patient describes ongoing anxiety and hyperventilation. Patient said she gets headache. Patient regular last working day was last Monday, today is Thursday. Patient says she is supposed to go back to work from tomorrow. She is afraid how other people will react, and other co-workers will find patient responsible for getting that man out of the job. Patient said she tried her best. Patient was telling herself, "you can handle this" referring to harassment. Patient said she was trying to put it in a box and move on. Patient said this supervisor became more graphic and more persistent. Patient said she was praying for this job. She got the promotion, and she did not want these things to happen; similar things happened also at the previous job.

RISK ASSESSMENT: Patient denied suicidal intent or plan. She wants to live for her daughter, granddaughter, and herself. No attempts. No guns. No family history of suicide, not homicidal.

SUBSTANCE ABUSE: None. Patient has a history of smoking cigarettes since in her 20s, one pack every 3-4 days.

PSYCHIATRIC HISTORY: Patient was seen by me in 2016. Patient was referred to our outpatient where she was seen April 2016, into probably end of 2016.

FAMILY HISTORY: Mental illness, patient denied. Substance abuse, patient denied.

MEDICAL HISTORY:
VITAL SIGNS: Today's blood pressure 153/97, heart rate 86, weight 137.
ALLERGIES: PENICILLIN, ERYTHROMYCIN, AMOXICILLIN, KEFLEX.
LAST MENSTRUAL PERIOD: Two years ago. Patient has a PCP.

PERSONAL AND SOCIAL HISTORY: Patient was born in Detroit, Michigan, raised by parents. Childhood wonderful. Brother died 5 years ago. She has high school diploma. Longest job 10 years. No military. No legal history.

MENTAL STATUS: Patient is an African American female who was dressed appropriately for the weather. She was emotional, crying, sobbing. Poor eye contact, worried and depressed. Thoughts centered around ongoing harassment; fear for how the coworkers will react or retaliate when she goes back to work. No psychotic symptoms. Not suicidal, not homicidal. Insight good, judgment not impaired. She is alert, oriented x3. Concentration and attention diminished.

DIAGNOSES: Acute stress disorder.

PLAN: I am recommending Day Program to address patient's recent crisis Sx, patient agreed. Our staff is coordinating entering into Day Program.


If the report has been electronically
signed, see completed action list below.

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA
FIN: 200005668088

Admit Date: 11/29/2018

---

*Ed Documents*

---

Ashok R Shah, MD

D: 11/29/2018 14:31:56
T: 11/29/2018 15:04:37
JOB #003247/DID #3874861
Edited By:

Dictated By: Ashok R Shah, MD

Patient Name: JOHNSON, DEANNA  
FIN: 200005668088  
Admit Date: 11/29/2018

## I-Views

| Result | Procedure | Units | Reference Range | Recorded By | Data Source | Recorded Date/Time |
|---|---|---|---|---|---|---|
| Actual | Height Mode | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| Height | Height/Length | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 160 | Height | cm | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| Actual | Weight Mode | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 62 | Weight | kg | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 153 H | Systolic Blood Pressure | mmHg | [90-140] | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 97 H | Diastolic Blood Pressure | mmHg | [55-90] | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 86 | Heart Rate (bpm) | bpm | [60-100] | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| Palpated | Heart Rate Method of Measure | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 115 R1 | Mean Arterial Blood Pressure | mmHg | | SYSTEM, SYSTEM | PowerChart | 11/29/2018 10:01 EST |
| Automated (cuff) | Method of BP Measurement | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| Arm, left | Location of BP Measurement | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 18 | Respiratory Rate | BrPM | [12-24] | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 37.1 | Temperature (C) | DegC | [35.7-37.5] | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 24.2 R2 | Body Mass Index | kg/m2 | | SYSTEM, SYSTEM | PowerChart | 11/29/2018 10:01 EST |
| 1.6448 | BSA | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 0 | Pain Score (Rest) | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| 0 | Pain Score (Activity) | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |
| Oral | Body Site | | | MATTMAN RN, NANCY C | PowerChart | 11/29/2018 10:01 EST |

Result Comments  
R1: Mean Arterial Blood Pressure  
    Result created by Discern Expert.  
R2: Body Mass Index  
    Result calculated by Discern Expert.

Report Request ID: 78250700  
Requester: WOODFORD,SONYA

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA  
FIN: 200005668088

Admit Date: 11/29/2018

---

### Nursing Notes

DOCUMENT NAME: Height/Weight/Allergy  
SERVICE DATE/TIME: 11/29/2018 10:01 EST  
RESULT STATUS: Auth (Verified)  
PERFORM INFORMATION: MATTMAN RN, NANCY C (11/29/2018 10:01 EST)  
SIGN INFORMATION:  
AUTHENTICATED BY:

Height/Weight/Allergy  
11/29/18 10:01 EST Performed by MATTMAN RN, NANCY C  
Entered on 11/29/18 10:03 EST

Height/Weight/Allergy
--------------------

| | |
|---|---|
| Height Mode | Actual |
| Height | 160 cm |
| Weight Mode | Actual |
| Weight | 62 kg |
| Height/Length | Height |
| BSA | 1.6448 |
| Allergy | Reaction |

1. penicillin
2. amoxicillin
3. Keflex
4. clindamycin

---

DOCUMENT NAME: Adult VS Pain GCS  
SERVICE DATE/TIME: 11/29/2018 10:01 EST  
RESULT STATUS: Auth (Verified)  
PERFORM INFORMATION: MATTMAN RN, NANCY C (11/29/2018 10:01 EST)  
SIGN INFORMATION:  
AUTHENTICATED BY:

Adult VS Pain GCS  
11/29/18 10:01 EST Performed by MATTMAN RN, NANCY C  
Entered on 11/29/18 10:02 EST

Vital Signs-Detailed
--------------------

| | |
|---|---|
| Temperature (C) | 37.1 DegC |
| Body Site | Oral |
| Pain Score (Rest) | 0 |
| Pain Score (Activity) | 0 |
| Systolic Blood Pressure | 153 mmHg |
| Diastolic Blood Pressure | 97 mmHg |
| Location of BP Measurement | Arm, left |
| Heart Rate (bpm) | 86 bpm |
| Heart Rate Method of Measure | Palpated |
| Method of BP Measurement | Automated (cuff) |
| Respiratory Rate | 18 BrPM |

Report Request ID: 78250700  
Requester: WOODFORD, SONYA

Printed On: 10/21/2019 14:32 EDT  
Page 9 of 10

Ford/D. Johnson 01156

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA  
FIN: 200005668088  
Admit Date: 11/29/2018

---

### Progress Notes

DOCUMENT NAME: Progress Note  
SERVICE DATE/TIME: 11/29/2018 14:48 EST  
RESULT STATUS: Auth (Verified)  
PERFORM INFORMATION: MATTMAN RN,NANCY C (11/29/2018 15:04 EST)  
SIGN INFORMATION: MATTMAN RN,NANCY C (11/29/2018 15:04 EST)  
AUTHENTICATED BY: MATTMAN RN,NANCY C (11/29/2018 15:04 EST)

**DMC Psychiatric Progress Note**
"If completed by a medical trainee this document will be reviewed and amended by a supervisor. *** This document should not be used for physician billing if completed by a MLP unless employed by/or under a shared services agreement with that physician" **

Patient: **JOHNSON, DEANNA**   MRN: S-842130567   FIN: 200005668088  
Age: **54 years**   Sex: **Female**   DOB: ▇▇1964  
Associated Diagnoses: **None**  
Author: **MATTMAN RN, NANCY C**

**Document Created**  
Document Creation: 11/29/18 14:48

pt was evaluated by dr shah in the crisis center. pt did agree to treatment in a partial day treatment program. pt was acceped by providence partial day program (586 582 7950). pt will start treatment on 12/03/2018 at 08:30am @ 27550 schoenherr / suite # 250 / warren ,Mi 48088. pt will follow up with her pcp as needed. pt also rec'd the oakland county mental health crisis # 1 800 231 1127. pt voiced understanding of tx plan and agreed to same.

**Date of Service**  
Date of Service: 11/29/2018.

**Created by**  
MATTMAN RN, NANCY C. crisis center. Phone 313 966 4880.