

**DMC**
DETROIT MEDICAL CENTER

Facility: Sinai-Grace Ardmore Clinic
Address: 6001 W. Outer Drive
Detroit, MI 48235-

Patient Name: JOHNSON, DEANNA
DOB: ■1964
PTID: ■
FIN: 200005729823
PCP: DASS,RAMSAY F
Attending: Emergency,Physician(999946)

Admit Date: 1/14/2019
Discharge Date: 1/14/2019
Medical Service: Psychiatry

### Name History

```
Patient names              | Begin Date Time      | End Effective Dt | Name Type
JOHNSON, DEANNA            | 04/07/2011 20:48     |                  | Current
```

Shah
EXHIBIT 6
11/22/19
Rptr: Cheri Poplin

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity name above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

Children's Hospital of Michigan – 313-745-5356
Detroit Receiving Hospital – 313-745-3285
Harper Hutzel Hospital – 313-745-8022
Sinai-Grace Hospital – 313-966-3155
Huron Valley-Sinai Hospital – 248-937-3365
Rehabilitation Institute of Michigan – 313-745-1172
DMC Surgery Hospital – 248-733-2359

Report Request ID: 78250699
Requester: WOODFORD,SONYA

Printed On: 10/21/2019 14:32 EDT
Page 1 of 8

Ford/D. Johnson 01158

Patient Name: JOHNSON, DEANNA  
FIN: 200005729823

Admit Date: 1/14/2019

### Allergies

| Substance | Updated Date/Time | Updated By | Allergy Type | Recorded On Behalf Of | Reaction Status | Reaction Symptom | Information Source | Estimated Onset | Reviewed Date/Time | Reviewed By | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| amoxicillin | 4/7/2011 20:51 EDT | WILLIAMS, LANE A | Allergy | WILLIAMS, LANE A | Active | | | Unknown | 3/31/2016 11:52 EDT | THRASHER RN, LAKESIA R | |
| clindamycin | 4/7/2011 20:52 EDT | WILLIAMS, LANE A | Allergy | WILLIAMS, LANE A | Active | | | Unknown | 3/31/2016 11:52 EDT | THRASHER RN, LAKESIA R | |
| Keflex | 4/7/2011 20:51 EDT | WILLIAMS, LANE A | Allergy | WILLIAMS, LANE A | Active | | | Unknown | 3/31/2016 11:52 EDT | THRASHER RN, LAKESIA R | |
| penicillin | 4/7/2011 20:51 EDT | WILLIAMS, LANE A | Allergy | WILLIAMS, LANE A | Active | | | Unknown | 3/31/2016 11:52 EDT | THRASHER RN, LAKESIA R | |

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA  Admit Date: 1/14/2019
FIN: 200005729823

## Allergy History

**Substance: amoxicillin**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/7/2011 20:51 EDT | WILLIAMS,LANE A | **Allergy Type:** Allergy; **Recorded On Behalf Of:** WILLIAMS,LANE A; **Reaction Status:** Active; **Estimated Onset:** Unknown; **Reviewed Date/Time:** 3/31/2016 11:52 EDT; **Reviewed By:** THRASHER RN, LAKESIA R; |

**Substance: clindamycin**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/7/2011 20:52 EDT | WILLIAMS,LANE A | **Allergy Type:** Allergy; **Recorded On Behalf Of:** WILLIAMS,LANE A; **Reaction Status:** Active; **Estimated Onset:** Unknown; **Reviewed Date/Time:** 3/31/2016 11:52 EDT; **Reviewed By:** THRASHER RN, LAKESIA R; |

**Substance: Keflex**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/7/2011 20:51 EDT | WILLIAMS,LANE A | **Allergy Type:** Allergy; **Recorded On Behalf Of:** WILLIAMS,LANE A; **Reaction Status:** Active; **Estimated Onset:** Unknown; **Reviewed Date/Time:** 3/31/2016 11:52 EDT; **Reviewed By:** THRASHER RN, LAKESIA R; |

**Substance: penicillin**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/7/2011 20:51 EDT | WILLIAMS,LANE A | **Allergy Type:** Allergy; **Recorded On Behalf Of:** WILLIAMS,LANE A; **Reaction Status:** Active; **Estimated Onset:** Unknown; **Reviewed Date/Time:** 3/31/2016 11:52 EDT; **Reviewed By:** THRASHER RN, LAKESIA R; |

Report Request ID: 78250699  Printed On: 10/21/2019 14:32 EDT
Requester: WOODFORD,SONYA  Page 3 of 8

Ford/D. Johnson 01160

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA  
FIN: 200005729823

Admit Date: 1/14/2019

---

*Behavioral Health*

---

DOCUMENT NAME: Crisis Center Triage and Assessment  
SERVICE DATE/TIME: 1/14/2019 11:15 EST  
RESULT STATUS: Auth (Verified)  
PERFORM INFORMATION: MATTMAN RN,NANCY C (1/14/2019 11:15 EST)  
SIGN INFORMATION:  
AUTHENTICATED BY:

Crisis Center Triage and Assessment  
01/14/19 11:15 EST Performed by MATTMAN RN, NANCY C  
Entered on 01/14/19 11:15 EST

Travel History / Infectious Symptoms
-----------------------------------

Ebola - US/Canada Contact 30Days_v2        No or no contact with recent traveler

General
-------

Allergy                    Reaction
1. penicillin
2. amoxicillin
3. Keflex
4. clindamycin

Patient Name: JOHNSON, DEANNA  
FIN: 200005729823  
Admit Date: 1/14/2019

## I-Views

| Result | Procedure | Units | Reference Range | Recorded By | Data Source | Recorded Date/Time |
|---|---|---|---|---|---|---|
| Actual | Height Mode | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| Height | Height/Length | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 160 | Height | cm | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| Actual | Weight Mode | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 62 | Weight | kg | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 137 | Systolic Blood Pressure | mmHg | [90-140] | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 84 | Diastolic Blood Pressure | mmHg | [55-90] | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 89 | Heart Rate (bpm) | bpm | [60-100] | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| Palpated | Heart Rate Method of Measure | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 101 R1 | Mean Arterial Blood Pressure | mmHg | | SYSTEM, SYSTEM | PowerChart | 1/14/2019 11:15 EST |
| Automated (cuff) | Method of BP Measurement | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| Arm, left | Location of BP Measurement | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 18 | Respiratory Rate | BrPM | [12-24] | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 36.8 | Temperature (C) | DegC | [35.7-37.5] | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 24.2 R2 | Body Mass Index | kg/m2 | | SYSTEM, SYSTEM | PowerChart | 1/14/2019 11:15 EST |
| 1.6448 | BSA | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 0 | Pain Score (Rest) | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| 0 | Pain Score (Activity) | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |
| Oral | Body Site | | | MATTMAN RN, NANCY C | PowerChart | 1/14/2019 11:15 EST |

Result Comments  
R1: Mean Arterial Blood Pressure  
Result created by Discern Expert.  
R2: Body Mass Index  
Result calculated by Discern Expert.

Report Request ID: 78250699  
Requester: WOODFORD,SONYA

Printed On: 10/21/2019 14:32 EDT  
Page 5 of 8

Ford/D. Johnson 01162

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA  Admit Date: 1/14/2019
FIN: 200005729823

## Nursing Notes

DOCUMENT NAME: Height/Weight/Allergy
SERVICE DATE/TIME: 1/14/2019 11:15 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: MATTMAN RN,NANCY C (1/14/2019 11:15 EST)
SIGN INFORMATION:
AUTHENTICATED BY:

    Height/Weight/Allergy
    01/14/19 11:15 EST Performed by MATTMAN RN, NANCY C
    Entered on 01/14/19 11:16 EST

Height/Weight/Allergy

| | |
|---|---|
| Height Mode | Actual |
| Height | 160 cm |
| Weight Mode | Actual |
| Weight | 62 kg |
| Height/Length | Height |
| BSA | 1.6448 |
| Allergy | Reaction |
| 1. penicillin | |
| 2. amoxicillin | |
| 3. Keflex | |
| 4. clindamycin | |

DOCUMENT NAME: Adult VS Pain GCS
SERVICE DATE/TIME: 1/14/2019 11:15 EST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: MATTMAN RN,NANCY C (1/14/2019 11:15 EST)
SIGN INFORMATION:
AUTHENTICATED BY:

    Adult VS Pain GCS
    01/14/19 11:15 EST Performed by MATTMAN RN, NANCY C
    Entered on 01/14/19 11:15 EST

Vital Signs-Detailed

| | |
|---|---|
| Temperature (C) | 36.8 DegC |
| Body Site | Oral |
| Pain Score (Rest) | 0 |
| Pain Score (Activity) | 0 |
| Systolic Blood Pressure | 137 mmHg |
| Diastolic Blood Pressure | 84 mmHg |
| Location of BP Measurement | Arm, left |
| Heart Rate (bpm) | 89 bpm |
| Heart Rate Method of Measure | Palpated |
| Method of BP Measurement | Automated (cuff) |
| Respiratory Rate | 18 BrPM |

Report Request ID: 78250699  Printed On: 10/21/2019 14:32 EDT
Requester: WOODFORD,SONYA  Page 6 of 8

Ford/D. Johnson 01163

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA  
FIN: 200005729823

Admit Date: 1/14/2019

| Orders |
|---|

**Order: CMS Grant Gateway Patient**

Order Date/Time: 1/14/2019 11:00 EST

| Order Status: Discontinued | Catalog Type: Discern Rule Order | Activity Type: Discern Rule Order |

End-state Date/Time: 1/14/2019 13:02 EST
Ordering Physician: SYSTEM,SYSTEM
Entered By: SYSTEM,SYSTEM on 1/14/2019 11:00 EST
Order Details: 1/14/19 11:00:37 AM EST, One Time Only
Order Comment: Ordered by Discern Expert.

| Action Type: Order | Action Date/Time: 1/14/2019 11:00 EST | Action Personnel: SYSTEM,SYSTEM |

Order Details: 01/14/19 11:00:37 EST, One Time Only
Review Information:
Doctor Cosign: Not Required
Order Comment: Ordered by Discern Expert.

| Action Type: Discontinue | Action Date/Time: 1/14/2019 13:02 EST | Action Personnel: SYSTEM,SYSTEM |

Order Details: 01/14/19 11:00:37 EST, One Time Only
Review Information:
Doctor Cosign: Not Required
Order Comment:

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Patient Name: JOHNSON, DEANNA　　　　　　　　　　　　　　　　Admit Date:　1/14/2019
FIN:　　　200005729823

| Orders - Medications |
|---|

**Order: PARoxetine**
Order Date/Time: 1/14/2019 11:10 EST
Order Status: Documented　　　Clinical Category: Medications　　　Medication Type: Documented
Ordering Physician:
Entered By: MATTMAN RN,NANCY C on 1/14/2019 11:10 EST
Order Details: mg, Tab, By Mouth, QHS, 0 Refill(s)
Order Comment: