

EXHIBIT A



PLTF002161

