UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

——————————

DEANNA JOHNSON

     Plaintiff,

vs.

FORD MOTOR COMPANY,
*a Delaware corporation;*

     Defendant.

Case No. 2:19-cv-10167
Hon. Gershwin A. Drain
Mag. Judge Elizabeth A. Stafford

_____/

| | |
|---|---|
| Carol A. Laughbaum (P41711)<br>STERLING ATTORNEYS AT LAW, P.C.<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Pkwy., Ste. 250<br>Bloomfield Hills, Michigan 48304<br>(248) 644-1500<br>claughbaum@sterlingattorneys.com | Elizabeth P. Hardy (P37426)<br>Thomas J. Davis (P78626)<br>KIENBAUM, HARDY, VIVIANO,<br>PELTON &<br> FORREST, P.L.C.<br>Attorneys for Defendant<br>280 N. Old Woodward Ave., Ste.400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>tdavis@khvpf.com |

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR RECONSIDERATION OF ECF NO. 154 RE: PUNCHING
ALLEGATIONS**

Plaintiff Responds to Ford's filing (ECF 165) as set forth in the

accompanying Brief.

Respectfully submitted,

STERLING ATTORNEYS AT LAW, P.C.

By: /s/Carol A. Laughbaum
   Carol A. Laughbaum (P41711)
   Attorneys for Plaintiff
   33 Bloomfield Hills Pkwy., Ste. 250
   Bloomfield Hills, MI 48304
   (248) 644-1500

Dated: September 7, 2023

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

DEANNA JOHNSON

       Plaintiff,

vs.

FORD MOTOR COMPANY,
*a Delaware corporation;*

       Defendant.

Case No. 2:19-cv-10167
Hon. Gershwin A. Drain
Mag. Judge Elizabeth A. Stafford

_____/

| | |
|---|---|
| Carol A. Laughbaum (P41711) | Elizabeth P. Hardy (P37426) |
| STERLING ATTORNEYS AT LAW, P.C. | Thomas J. Davis (P78626) |
| Attorneys for Plaintiff | KIENBAUM, HARDY, VIVIANO, |
| 33 Bloomfield Hills Pkwy., Ste. 250 | PELTON & |
| Bloomfield Hills, Michigan 48304 | FORREST, P.L.C. |
| (248) 644-1500 | Attorneys for Defendant |
| claughbaum@sterlingattorneys.com | 280 N. Old Woodward Ave., Ste.400 |
| | Birmingham, MI 48009 |
| | (248) 645-0000 |
| | ehardy@khvpf.com |
| | tdavis@khvpf.com |

_____/

**BRIEF IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR RECONSIDERATION OF ECF NO. 154 RE: PUNCHING
ALLEGATIONS**

## STATEMENT OF ISSUES PRESENTED

I.      Whether reconsideration of the Court's ruling regarding evidence of Rowans violent workplace behavior (limited to the issue of "notice") is unwarranted and should be denied.

2

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

FRE 401-403

Defendant's Ford's reconsideration motion (ECF 165) makes no challenge to the Court's order denying its motion to exclude evidence of Rowan's violent workplace ("punching") behavior to the extent it is probative of Plaintiff's work environment.

As Plaintiff understands it, Ford takes issue with the Court's referencing the *Wyatt* case in its (second) Order regarding pre-trial motions (ECF 154). As a practical matter, the citation to *Wyatt* has no bearing on anything a jury will hear at trial. At the same time, there is nothing improper or "mistaken" about the Court's citation to a case confirming that evidence of a harasser's physical threats in the workplace could well instill fear in a plaintiff and bear on the timing of her reports of the harassment. Ford's concern that the Court's citation to *Wyatt* could somehow evolve into a jury instruction, etc. adverse to Ford is without basis. Ford's motion should be denied.

<table>
<tr><td>

**PROOF OF SERVICE**

I certify that on September 7, 2023, I filed the foregoing paper with the Clerk of the Court using the ECF system, which will electronically send notification to all counsel of record.

/s/Carol A. Laughbaum
Sterling Attorneys at Law, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500
claughbaum@sterlingattorneys.com

</td><td>

Respectfully submitted,

STERLING ATTORNEYS AT LAW, P.C.

By:/s/Carol A. Laughbaum
    Carol A. Laughbaum (P41711)
    Attorneys for Plaintiff
    33 Bloomfield Hills Pkwy., Ste. 250
    Bloomfield Hills, MI 48304
    (248) 644-1500

</td></tr>
</table>