```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
 2                        SOUTHERN DIVISION

 3        DEANNA JOHNSON,

 4              Plaintiff,

 5         v                                     No. 19-cv-10167

 6
          FORD MOTOR COMPANY,
 7
                Defendant.
 8        _____/

 9
                        JURY TRIAL - VOLUME IV
10
                BEFORE THE HONORABLE GERSHWIN A. DRAIN
11                   UNITED STATES DISTRICT JUDGE
               Theodore Levin United States Courthouse
12                  231 West Lafayette Boulevard
                         Detroit, Michigan
13                  Tuesday, September 19, 2023

14   APPEARANCES:

15
             For the Plaintiff:      MS. CAROL A. LAUGHBAUM
16                                   MR. JAMES C. BAKER
                                     Sterling Attorneys at Law
17                                   33 Bloomfield Parkway
                                     Suite 2175
18                                   Bloomfield Hills, MI  48304
                                     (248) 644-1500
19
             For the Defendant:      MS. ELIZABETH P. HARDY
20                                   MR. THOMAS J. DAVIS
                                     Kienbaum Hardy Viviano, Pelton &
21                                   Forrest, PLC
                                     280 N. Old Woodward Avenue
22                                   Suite 400
                                     Birmingham, MI  48009
23                                   (248) 645-1385

24   Reported by:            Merilyn J. Jones, RPR, CSR
                             Official Federal Court Reporter
25                           merilyn_jones@mied.uscourts.gov
```

1           THE COURT: You're not going to get into the adequacy
2  of the investigation?
3           MS. LAUGHBAUM: No. And your Honor, here's the
4  reason: If Ford is able to sell to the jury this concept that
5  Ford didn't have notice until November 25th, you know, that's
6  game over. That's game over for plaintiff. Because by that
7  time it was way too late. It doesn't matter, from my
8  perspective, from plaintiff's perspective, what Ford did or
9  didn't do, because my client is out in a mental health crisis on
10 a medical leave.
11          So no, I'm not taking the position that their
12 investigation on November 25 and 26 was inadequate. It was just
13 a line of inquiry in a discovery deposition three or four years
14 ago. So, you know, defendant's concerns and alarmism is just
15 misplaced, and there's no reason for the instruction because
16 I'm not making any kind of argument.
17          THE COURT: Okay. If you say it's not an issue, I'm
18 going to accept your representation on that and that you're not
19 going to go into the adequacy of the investigation, nor the
20 Klauf case. Okay.
21          MS. LAUGHBAUM: Thank you, your Honor.
22          THE COURT: Let me just say this: We've got -- I've
23 kind of -- my timing has gotten all thrown off this morning,
24 because normally my court reporter, Merilyn, her substitute
25 comes in about 11:00. So, we're going to do about fifteen