UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA JOHNSON

              Plaintiff,                   Case No. 2:19-cv-10167

vs.                                  Hon. Gershwin A. Drain

FORD MOTOR COMPANY,
*a Delaware corporation;*

              Defendant.

_____/

## **VERDICT FORM**

We, the jury, answer the questions submitted as follows:

QUESTION NO. 1: Do you find that the Plaintiff proved her hostile work environment sexual harassment claim?

      Yes _____

      No ___X___

QUESTION NO. 2: Do you find that the Plaintiff proved her hostile work environment racial harassment claim?

      Yes _____

      No ___X___

If you answered No to both Questions 1 and 2, stop.

If you answered Yes to either Question 1 or Question 2, continue.

1

QUESTION NO. 3: Indicate the amount, if any, of damages to be awarded Plaintiff for the following elements of damages she has sustained in the past:

    (a)    physical pain and suffering
    (b)    emotional distress and mental anguish
    (c)    fright and shock
    (d)    embarrassment, humiliation or mortification
    (e)    denial of social pleasure and enjoyment

_____

QUESTION NO. 4:  Indicate the amount, if any, of damages to be awarded Plaintiff for the following elements of damages she will sustain in the future:

    (a)    physical pain and suffering
    (b)    emotional distress and mental anguish
    (c)    fright and shock
    (d)    embarrassment, humiliation or mortification
    (e)    denial of social pleasure and enjoyment

_____

QUESTION NO. 5:  If your answer to QUESTION NO. 2 is Yes (hostile work environment racial harassment), state the amount, if any, of punitive damages to be awarded Plaintiff:

    Punitive damages of        _____

s/Jury Foreperson

_____    _____
(Print Foreperson Name)    Date

2