## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DEANNA JOHNSON,

    *Plaintiff*,

v.

FORD MOTOR COMPANY,

    *Defendant*.

_____/

Case No. 2:19-cv-10167

District Judge
Gershwin A. Drain

Magistrate Judge
Elizabeth A. Stafford

## **JUDGMENT**

This action having come before the Court and the Jury, the issues having been duly tried and the Jury having rendered its verdict on September 25, 2023.

Accordingly,

Judgment of no cause of action is entered in favor of Defendant against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 26, 2023

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
U.S. DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 26, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager