MIED (Rev. 06/11)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern  District of Michigan

| | | |
|---|---|---|
| DeAnna Johnson | ) | Case No.  2:19-cv-10167 |
| v. | ) ) ) | Hon. Gershwin A. Drain |
| Ford Motor Company | ) ) | Magistrate Judge Elizabeth A. Stafford |

| BILL OF COSTS |
|---|

Judgment having been entered in the above entitled action on  **\*See below**  against  Plaintiff                              ,
                                                     *Date*

the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
|---|---|---|
| A.  Fees of the Clerk | | |
| B.  Fees for service of summons and subpoena | | |
| C.  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | **\*\*See Attachment** | $12,589.19 |
| D.  Fees and disbursements for printing | | |
| E.  Fees for witnesses *(itemize on page two)* | | |
| F.  Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| G.  Docket fees under 28 U.S.C. 1923 | | |
| H.  Costs as shown on Mandate of Court of Appeals | | |
| I.  Compensation of court-appointed experts | | |
| J.  Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K.  Other costs *(please itemize)* | | |
| TOTAL | | $12,589.19 |

*SPECIAL NOTE:*  **Attach to your bill an itemization and documentation for requested costs in all categories.**

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒    Electronic service          ☐    First class mail, postage prepaid

☐    Other:  _____

s/ Attorney:     s/Thomas J. Davis

Name of Attorney:    Thomas J. Davis

For:  Ford Motor Company                                      Date:    10/04/2023
        *Name of Claiming Party*

\*The Judgment of no cause was entered in favor of Defendant against Plaintiff on September 26, 2023. Per Local  Rule 54.1, the bill of costs is due no later than 28 days after the entry of judgment -- here, on or before October 24, 2023.

AO 133    (Rev. 06/11)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Certificate of Service

I hereby certify that on October 4, 2023, I electronically filed this document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/Thomas J. Davis
Thomas J. Davis (P78626)
Kienbaum Hardy Viviano
 Pelton & Forrest, P.L.C.
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI  48009
(248) 645-0000
Email:  tdavis@khvpf.com

**Deanna Johnson v. Ford Motor Company, et al.**
**United States District Court, Eastern District of Michigan**
**Case No. 2:19-cv-10167**

**Attachment to Bill of Costs**

| Transcripts Used in Support of Motions | Costs |
|---|---|
| ***Deposition of Deanna Johnson, Day 1, dated 10/7/19***, cited in support of Defendant's Motion for Summary Judgment as Exhibit A (*e.g.,* ECF No. 51, Pg ID 703; ECF No. 51-2).<br><br>Taxable items from invoice:<br>   Transcript (Bill of Costs Handbook II.C.1.d):  $1036.75<br>   Attendance (Bill of Costs Handbook II.C.1.f):  $ 187.50<br>   Shipping/Handling (Bill of Costs Handbook II.C.1.g):  $23.42<br>   Exhibits (Bill of Costs Handbook II.C.1.h):  $22.25<br>   CD (Bill of Costs Handbook II.C.1.i):  $15.00<br>   One Copy (Rough Draft) (Bill of Costs Handbook II.C.1.k):  $387.80 | $ 1,672.72 |
| ***Deposition of Deanna Johnson, Day 2, dated 12/19/19***, cited in support of Defendant's Motion for Summary Judgment as Exhibit A (*e.g.,* ECF No. 51, Pg ID 702; ECF No. 51-2, Pg ID 752).<br><br>Taxable items from invoice:<br>   Transcript (Bill of Costs Handbook II.C.1.d):  $575.25<br>   Attendance (Bill of Costs Handbook II.C.1.f):  $ 100.00<br>   Shipping/Handling (Bill of Costs Handbook II.C.1.g):  $24.28<br>   Exhibits (Bill of Costs Handbook II.C.1.h):  $41.75 | $ 741.28 |
| ***Deposition of Richard Mahoney, Day 1, dated 10/9/2019***, cited in support of Defendant's Motion for Summary Judgment as Exhibit B (*e.g.,* ECF No. 51, Pg ID 703; ECF No. 51-4).<br><br>Taxable items from invoice:<br>   Transcript (Bill of Costs Handbook II.C.1.d):  $331.74<br>   Exhibits (Bill of Costs Handbook II.C.1.h):  $1.75<br>   One Copy (Rough Draft) (Bill of Costs Handbook II.C.1.k):  $205.80 | $ 539.29 |

| | |
|---|---|
| ***Deposition of Richard Mahoney, Day 2, dated 10/31/2019***, cited in Defendant's Motion for Summary Judgment as Exhibit B (*e.g.,* ECF No. 51, Pg ID 722; ECF No. 51-4, Pg ID 806).<br><br>Taxable items from invoice:<br>    Transcript (Bill of Costs Handbook II.C.1.d): $104.76<br>    Exhibits (Bill of Costs Handbook II.C.1.h): $6.75 | $   111.51 |
| ***Deposition of William Markavich, dated 10/31/2019***, cited in Defendant's Motion for Summary Judgment as Exhibit C (*e.g.,* ECF No. 51, Pg ID 703; ECF No. 51-5).<br><br>Taxable items from invoice:<br>    Transcript (Bill of Costs Handbook II.C.1.d): $355.02<br>    Exhibits (Bill of Costs Handbook II.C.1.h): $7.00 | $   362.02 |
| ***Deposition of Nicholas Rowan, dated 10/3/2019,*** cited in Defendant's Motion for Summary Judgment as Exhibit F (*e.g.,* ECF No. 51, Pg ID 705; ECF No. 51-9).<br><br>Taxable items from invoice:<br>    Transcript (Bill of Costs Handbook II.C.1.d): $836.25<br>    Exhibits (Bill of Costs Handbook II.C.1.h): $24.00 | $   860.25 |
| ***Deposition of LaDawn Clemons, dated 11/21/2019,*** cited in Defendant's Motion for Summary Judgment as Exhibit I (*e.g.,* ECF No. 51, Pg ID 706; ECF No. 51-12).<br><br>Taxable items from invoice:<br>    Transcript (Bill of Costs Handbook II.C.1.d): $226.98<br>    Shipping/Handling (Bill of Costs Handbook II.C.1.g): $23.42<br>    Exhibits (Bill of Costs Handbook II.C.1.h): $2.50<br>    CD (Bill of Costs Handbook II.C.1.i): 15.00 | $   267.90 |

| | |
|---|---|
| **_Deposition of Dr. Ashok Shah, dated 11/22/2019_,** cited in Defendant's Motion to Strike Testimony of Mental Health Witness Dr. Ashok Shah as Exhibit A (_e.g.,_ ECF No. 124, Pg ID 2689; ECF No. 124-2).<br><br>Taxable items from invoice:<br>   Transcript (Bill of Costs Handbook II.C.1.d): $360.75<br>   Attendance (Bill of Costs Handbook II.C.1.f): $ 125.00<br>   Shipping/Handling (Bill of Costs Handbook II.C.1.g): $23.47<br>   Exhibits (Bill of Costs Handbook II.C.1.h): $59.75<br>   CD (Bill of Costs Handbook II.C.1.i): 15.00<br>   One Copy (Rough Draft) (Bill of Costs Handbook II.C.1.k): $134.40 | $ 718.37 |
| **_Deposition of Dr. Kara Hunter, dated 11/22/2019_,** cited in Defendant's Motion to Strike Testimony of Mental Health Witness Dr. Ashok Shah as Exhibit B (_e.g.,_ ECF No. 124, Pg ID 2694; ECF No. 124-3).<br><br>Taxable items from invoice:<br>   Transcript (Bill of Costs Handbook II.C.1.d): $357.50<br>   Exhibits (Bill of Costs Handbook II.C.1.h): $61.00<br>   CD (Bill of Costs Handbook II.C.1.i): 75.00 | $ 493.50 |
| **_Deposition of Dr. Stephanie Davis, dated 11/22/2019_,** cited in Defendant's Motion to Strike Testimony of Mental Health Witness Dr. Ashok Shah as Exhibit C (_e.g.,_ ECF No. 124, Pg ID 2694; ECF No. 124-4).<br><br>Taxable items from invoice:<br>   Transcript (Bill of Costs Handbook II.C.1.d): $224.25<br>   Exhibits (Bill of Costs Handbook II.C.1.h): $51.00<br>   CD (Bill of Costs Handbook II.C.1.i): 15.00 | $ 290.25 |
| **Electronic videotaped depositions used at trial starting on 09/14/23** | |
| **_Deposition of Deanna Johnson, Day 1, dated 10/7/19_**, cited at trial on 09/15/23 for impeachment of Plaintiff (_e.g.,_ ECF No. 199).<br><br>Taxable items from invoice:<br>   Realtime video (Bill of Costs Handbook II.C.1.e): $554.00<br>   Video per page (Bill of Costs Handbook II.C.1.e): $111.65<br>   Videotape services (Bill of Costs Handbook II.C.1.e): $920.00 | $ 1,585.65 |

| | |
|---|---|
| ***Deposition of Deanna Johnson, Day 2, dated 12/19/19***, cited at trial on 09/21/23 for impeachment of Plaintiff (*e.g.,* ECF No. 204).<br><br>Taxable items from invoice:<br>   Realtime video (Bill of Costs Handbook II.C.1.e):  $318.00<br>   Video per page (Bill of Costs Handbook II.C.1.e):  $61.95<br>   Videotape services (Bill of Costs Handbook II.C.1.e):  $605.00 | $  984.95 |
| **Trial Transcripts** | |
| ***Trial transcript, dated 09/14/23*** (*e.g.,* ECF No. 198, as to Court's instruction on credibility), cited at trial in Defendant's closing argument at trial on 09/25/23 (*See e.g.,* Trial transcript, dated 09/25/23 *(Not yet uploaded to PACER)*).<br><br>Taxable items from invoice:<br>   Trial Transcript (Bill of Costs Handbook II.C.1.d):  $689.15<br>   *(Calculated at standard charge, rather than the daily rate, per the Court's website)*<br>   One Copy (Bill of Costs Handbook II.C.1.k):  $161.10<br>   *(Calculated at standard charge, rather than the daily rate, per the Court's website)* | $   850.25 |
| ***Trial transcript, dated 09/18/23*** (*e.g.,* ECF No. 200, testimony of R. Mahoney), cited at trial in Defendant's closing argument at trial on 09/25/23 (*See e.g.,* Trial transcript, dated 09/25/23 *(Not yet uploaded to PACER)*).<br><br>Taxable items from invoice:<br>   Trial Transcript (Bill of Costs Handbook II.C.1.d):  $889.35<br>   *(Calculated at standard charge, rather than the daily rate, per the Court's website)*<br>   One Copy (Bill of Costs Handbook II.C.1.k):  $207.90 *(Calculated at standard charge, rather than the daily rate, per the Court's website)*: | $ 1,097.25 |

| | |
|---|---|
| ***Trial transcript, dated 09/19/23*** (*e.g.,* ECF No. 201, as to Ford's notice), cited at trial on 09/21/23 for impeachment of Plaintiff (*e.g.,* ECF No. 204); also cited in Support of Rule 50(a) Motion and Request for Special Jury Instruction (*eg.,* ECF Nos. 187, 190).<br><br>Taxable items from invoice:<br>   Trial Transcript (Bill of Costs Handbook II.C.1.d):  $873.95<br>   *(Calculated at standard charge, rather than the daily rate, per the Court's website)*<br>   One Copy (Bill of Costs Handbook II.C.1.k):  $204.30 *(Calculated at standard charge, rather than the daily rate, per the Court's website)*: | $ 1,078.25 |
| ***Trial transcript, dated 09/20/23*** (*e.g.,* ECF No. 203), cited at trial on 09/21/23 for impeachment of Plaintiff (*e.g.,* ECF No. 204).<br><br>Taxable items from invoice:<br>   Trial Transcript (Bill of Costs Handbook II.C.1.d):  $758.45<br>   *(Calculated at standard charge, rather than the daily rate, per the Court's website)*<br>   One Copy (Bill of Costs Handbook II.C.1.k):  $177.30 *(Calculated at standard charge, rather than the daily rate, per the Court's website)* | $    935.75 |
| **TOTAL** | **$12,589.19** |

496958



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110317728 | 10/17/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 839296 | 10/7/2019 | $0.00 |

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

| Case No |
|---|
| 219CV10167 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

**Julie Szymanski**
**Ford Motor Company**
**** DO NOT MAIL INVOICES OR STATEMENTS ****
**** ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI SITE****

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. 280 North Old WoodwardSuite 400 Birmingham MI 48009 | Elizabeth Hardy Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. 280 North Old Woodward Suite 400 Birmingham MI 48009 | Client Matter No: Claim No:D176739 / WA1928794 Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL TRANSCRIPT OF:Deanna Johnson | | | | |
| Original | 319.00 | Pages | $3.25 | $1036.75 |
| Exhibit | 89.00 | Pages | $0.25 | $22.25 |
| Attendance | 7.50 | Hours | $25.00 | $187.50 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Shipping | 1.00 | | $23.42 | $23.42 |
| Handle/Process | 1.00 | Minimum | | $0.00 |
| CD Package | 1.00 | | $15.00 | $15.00 |
| Video per page | 319.00 | Pages | $0.35 | $111.65 |
| Realtime | 277.00 | | $2.00 | $554.00 |
| Rough Draft | 277.00 | | $1.40 | $387.80 |
| Taxable (0.00) | | | | |

Online bill pay available at www.uslegalsupport.com

Rough draft sent to jhall@khvpf.com; tdavis@khvpf.com 10-8-19
Original email sent to ehardy@khvpf.com & jhall@khvpf.com 10-17-19
Original exhibits cd bundle sent via UPS Tracking #1Z 343 54W 0359623084

Firm ID 3082

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$2358.37** |
| After 12/01/2019 Pay | $2712.13 |
| **(-) Payments/Credits** | **$2358.37** |
| **(+) Finance Charges/Debits** | **$353.76** |
| **(=) New Balance** | **$0.00** |

**Tax ID : 76-0523238**                                                      Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
** DO NOT MAIL INVOICES OR STATEMENTS **
** ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI SITE**

Remit To:

**U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 110317728 |
|---|---|
| Invoice Date: | 10/17/2019 |
| Total Due | $0.00 |
| Job No. | 839296 |
| Case No: | 219CV10167 |



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110315779 | 10/14/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 839297 | 10/7/2019 | $0.00 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

**Julie Szymanski**
**Ford Motor Company**
**** DO NOT MAIL INVOICES OR STATEMENTS ****
**** ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI**
**SITE****

| Case No |
|---|
| 219CV10167 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old WoodwardSuite 400<br>Birmingham MI 48009 | Elizabeth Hardy<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:D176739 / WA1928794<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: VIDEOTAPE SERVICESDeanna Johnson | | | | |
| Parking | 1.00 | | $13.00 | $13.00 |
| Video First Hour | 1.00 | Hours | $245.00 | $245.00 |
| Video Additional hours | 7.50 | Hours | $90.00 | $675.00 |
| Taxable (0.00) | | | | |

Online bill pay available at www.uslegalsupport.com

Video deposition recording service provided on October 7, 2019

Firm ID 3082

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$933.00** |
| After 11/28/2019 Pay | $1072.95 |
| **(-) Payments/Credits** | **$933.00** |
| **(+) Finance Charges/Debits** | **$139.95** |
| **(=) New Balance** | **$0.00** |

**Tax ID : 76-0523238**                                                                                          Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
** DO NOT MAIL INVOICES OR STATEMENTS **
** ALL INVOICES ARE TO BE UPLOADED INTO
COLLABORATTI SITE**

Remit To:

**U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 110315779 |
|---|---|
| **Invoice Date:** | 10/14/2019 |
| **Total Due** | **$0.00** |
| Job No. | 839297 |
| Case No: | 219CV10167 |



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110340376 | 12/30/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 866634 | 12/19/2019 | $0.00 |

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

| Case No |
|---|
| 219CV10167 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

**Julie Szymanski**
**Ford Motor Company**
**** DO NOT MAIL INVOICES OR STATEMENTS ****
**** ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI**
**SITE****

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Sterling Attorneys at Law PC 33 Bloomfield Hills ParkwaySuite 250 Bloomfield Hills MI 48304 | Elizabeth Hardy Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. 280 North Old Woodward Suite 400 Birmingham MI 48009 | Client Matter No: Claim No:D176739 / WA1928794 Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL TRANSCRIPT OF:Deanna Johnson, Vol II | | | | |
| Original | 177.00 | Pages | $3.25 | $575.25 |
| Exhibit | 167.00 | Pages | $0.25 | $41.75 |
| Attendance | 4.00 | Hours | $25.00 | $100.00 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Shipping | 1.00 | | $24.28 | $24.28 |
| Handle/Process | 1.00 | Minimum | | $0.00 |
| Video per page | 177.00 | Pages | $0.35 | $61.95 |
| Realtime | 159.00 | | $2.00 | $318.00 |
| Taxable (0.00) | | | | |

Online bill pay available at www.uslegalsupport.com

Original email sent to ehardy@khvpf.com on 12.30.2019

Original exhibits sent via UPS Tracking #1Z 343 54W 03

Firm ID 3082

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$1141.23** |
| After 02/13/2020 Pay | $1312.41 |
| **(-) Payments/Credits** | **$1141.23** |
| **(+) Finance Charges/Debits** | **$171.18** |
| **(=) New Balance** | **$0.00** |

**Tax ID : 76-0523238**                                    Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
** DO NOT MAIL INVOICES OR STATEMENTS **
** ALL INVOICES ARE TO BE UPLOADED INTO
COLLABORATTI SITE**

Remit To:

**U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 110340376 |
|---|---|
| Invoice Date: | 12/30/2019 |
| Total Due | **$0.00** |
| Job No. | 866634 |
| Case No: | 219CV10167 |



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110338814 | 12/20/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 866635 | 12/19/2019 | $0.00 |

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

| Case No |
|---|
| 219CV10167 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

**Julie Szymanski**
**Ford Motor Company**
**** DO NOT MAIL INVOICES OR STATEMENTS ****
**** ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI**
**SITE****

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Sterling Attorneys at Law PC<br>33 Bloomfield Hills ParkwaySuite 250<br>Bloomfield Hills MI 48304 | Elizabeth Hardy<br>Kienbaum Hardy Viviano Pelton & Forrest,<br>P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:D176739 / WA1928794<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: VIDEOTAPE SERVICESDeanna Johnson, Vol II | | | | |
| Video First Hour | 1.00 | Hours | $245.00 | $245.00 |
| Video Additional hours | 4.00 | Hours | $90.00 | $360.00 |
| Taxable (0.00) | | | | |

| | | |
|---|---|---|
| Online bill pay available at www.uslegalsupport.com | **Total Due** | **$605.00** |
| Video deposition recording service provided on December 19, 2019 | After 02/03/2020 Pay | $695.75 |
| Firm ID 3082 | **(-) Payments/Credits** | **$605.00** |
| | **(+) Finance Charges/Debits** | **$90.75** |
| Thank you for choosing U.S. Legal Support! | **(=) New Balance** | **$0.00** |

**Tax ID : 76-0523238**                                                                                   Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
** DO NOT MAIL INVOICES OR STATEMENTS **
** ALL INVOICES ARE TO BE UPLOADED INTO
COLLABORATTI SITE**

| Invoice No. | 110338814 |
|---|---|
| Invoice Date: | 12/20/2019 |
| **Total Due** | **$0.00** |
| Job No. | 866635 |
| Case No: | 219CV10167 |

Remit To:

**U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110317751 | 10/17/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 838036 | 10/9/2019 | $0.00 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

**Julie Szymanski**
**Ford Motor Company**
**\*\* DO NOT MAIL INVOICES OR STATEMENTS \*\***
**\*\* ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI SITE\*\***

| Case No |
|---|
| 219CV10167 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Sterling Attorneys at Law PC<br>33 Bloomfield Hills ParkwaySuite 250<br>Bloomfield Hills MI 48304 | Thomas Davis<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Richard Louis Mahoney | | | | |
| Copy | 171.00 | Pages | $1.94 | $331.74 |
| Exhibit | 7.00 | Pages | $0.25 | $1.75 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Handle/Process | 1.00 | | Minimum | $0.00 |
| Rough Draft | 147.00 | | $1.40 | $205.80 |
| Taxable (0.00) | | | | |

Online bill pay available at www.uslegalsupport.com

Copy email (Etrans) sent to tdavis@khvpf.com, mbeveridge@khvpf.com on 10-17-19
Rough draft

Firm ID 3082

Thank you for choosing U.S. Legal Support!

| Total Due | **$559.29** |
|---|---|
| After 12/01/2019 Pay | $643.18 |
| **(-) Payments/Credits** | **$559.29** |
| **(+) Finance Charges/Debits** | **$83.89** |
| **(=) New Balance** | **$0.00** |

**Tax ID : 76-0523238**                                                                      Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
\*\* DO NOT MAIL INVOICES OR STATEMENTS \*\*
\*\* ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI SITE\*\*

Remit To:

**U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 110317751 |
|---|---|
| Invoice Date: | 10/17/2019 |
| Total Due | **$0.00** |
| Job No. | 838036 |
| Case No: | 219CV10167 |



Page 1 of 1

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110326878 | 11/14/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 851892 | 10/31/2019 | $0.00 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

**Julie Szymanski**
**Ford Motor Company**
**** DO NOT MAIL INVOICES OR STATEMENTS ****
**** ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI**
**SITE****

| Case No |
|---|
| 219CV10167 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Sterling Attorneys at Law PC<br>33 Bloomfield Hills ParkwaySuite 250<br>Bloomfield Hills MI 48304 | Thomas Davis<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Richard Mahoney Vol. II | | | | |
| Copy | 54.00 | Pages | $1.94 | $104.76 |
| Exhibit | 27.00 | Pages | $0.25 | $6.75 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Handle/Process | 1.00 | | Minimum | $0.00 |
| Taxable (0.00) | | | | |
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:William Kenneth Markavich | | | | |
| Copy | 183.00 | Pages | $1.94 | $355.02 |
| Exhibit | 28.00 | Pages | $0.25 | $7.00 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Taxable (0.00) | | | | |

Online bill pay available at www.uslegalsupport.com

Copy email (Etrans) sent to tdavis@khvpf.com, mbeveridge@khvpf.com on 11-14-19

Firm ID 3082

Thank you for choosing U.S. Legal Support!

**Tax ID : 76-0523238**

| | |
|---|---|
| **Total Due** | **$513.53** |
| After 12/29/2019 Pay | $590.56 |
| **(-) Payments/Credits** | **$513.53** |
| **(+) Finance Charges/Debits** | **$77.03** |
| **(=) New Balance** | **$0.00** |

Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
** DO NOT MAIL INVOICES OR STATEMENTS **
** ALL INVOICES ARE TO BE UPLOADED INTO
COLLABORATTI SITE**

Remit To:
**U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 110326878 |
|---|---|
| Invoice Date: | 11/14/2019 |
| Total Due | $0.00 |
| Job No. | 851892 |
| Case No: | 219CV10167 |



# INVOICE

Page 1 of 1

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110333274 | 12/4/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 859499 | 11/21/2019 | $0.00 |

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

| Case No |
|---|
| 219CV10167 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

**Julie Szymanski**
**Ford Motor Company**
**** DO NOT MAIL INVOICES OR STATEMENTS ****
**** ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI**
**SITE****

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Sterling Attorneys at Law PC<br>33 Bloomfield Hills ParkwaySuite 250<br>Bloomfield Hills MI 48304 | Elizabeth Hardy<br>Kienbaum Hardy Viviano Pelton & Forrest,<br>P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:LaDawn Clemons | | | | |
| Copy | 117.00 | Pages | $1.94 | $226.98 |
| Exhibit | 10.00 | Pages | $0.25 | $2.50 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Handle/Process | 1.00 | Minimum | | $0.00 |
| Shipping | 1.00 | | $23.42 | $23.42 |
| CD Package | 1.00 | | $15.00 | $15.00 |
| Taxable (0.00) | | | | |

Online bill pay available at www.uslegalsupport.com

Copy email sent to ehardy@khvpf.com & jhall@khvpf.com 12-4-19
Cd bundle sent via UPS Tracking #1Z 343 54W 0359019200

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| **Total Due** | **$287.90** |
| After 01/18/2020 Pay | $331.09 |
| **(-) Payments/Credits** | **$287.90** |
| **(+) Finance Charges/Debits** | **$43.19** |
| **(=) New Balance** | **$0.00** |

**Tax ID : 76-0523238**

Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
** DO NOT MAIL INVOICES OR STATEMENTS **
** ALL INVOICES ARE TO BE UPLOADED INTO
COLLABORATTI SITE**

Remit To:

**U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 110333274 |
|---|---|
| **Invoice Date:** | 12/4/2019 |
| **Total Due** | **$0.00** |
| **Job No.** | 859499 |
| **Case No:** | 219CV10167 |



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110317342 | 10/17/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 845644 | 10/3/2019 | $0.00 |

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

| Case No |
|---|
| 219CV10167 |

**U.S. Legal Support - Michigan-O**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: ( 888) 644-8080  Fax: (248) 644-1120**

**Julie Szymanski**
**Ford Motor Company**
**** DO NOT MAIL INVOICES OR STATEMENTS ****
**** ALL INVOICES ARE TO BE UPLOADED INTO COLLABORATTI**
**SITE****

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Glass City Reporting<br>405 Madison AvenueSuite 930<br>Toledo OH 43604 | Thomas Davis<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Nicholas J. Rowan, Sr. | | | | |
| Copy | 223.00 | Pages | $3.75 | $836.25 |
| Exhibit | 96.00 | Pages | $0.25 | $24.00 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Handle/Process | 1.00 | Minimum | | $0.00 |
| Taxable (0.00) | | | | |

Online bill pay available at www.uslegalsupport.com

Copy email (Etrans) sent to tdavis@khvpf.com, mbeveridge@khvpf.com on 10-16-19

Firm ID 3082

Thank you for choosing U.S. Legal Support!

**Tax ID : 76-0523238**

| | |
|---|---|
| **Total Due** | **$880.25** |
| After 12/01/2019 Pay | $1012.29 |
| **(-) Payments/Credits** | **$880.25** |
| **(+) Finance Charges/Debits** | **$132.04** |
| **(=) New Balance** | **$0.00** |

Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
** DO NOT MAIL INVOICES OR STATEMENTS **
** ALL INVOICES ARE TO BE UPLOADED INTO
COLLABORATTI SITE**

Remit To:

**U.S. Legal Support (Chicago, Il Reporting)**
**P.O. Box 4772**
**Houston TX 77210-4772**

| Invoice No. | 110317342 |
|---|---|
| **Invoice Date:** | 10/17/2019 |
| **Total Due** | **$0.00** |
| **Job No.** | 845644 |
| **Case No:** | 219CV10167 |



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110335046 | 12/10/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 858616 | 11/22/2019 | $0.00 |

**U.S. Legal Support - Michigan**
**30800 Telegraph RoadSuite 2925**
**Bingham Farms MI 48025**
**Phone: (888) 644-8080  Fax: (248) 644-1120**

| Case Name |
|---|
| Deanna Johnson vs Ford Motor Company |

**Julie Szymanski**
**Ford Motor Company**
**One American Road**
**Suite 425-A5**
**Dearborn MI 48126**

| Case No |
|---|
| 219CV10167 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old WoodwardSuite 400<br>Birmingham MI 48009 | Elizabeth Hardy<br>Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.<br>280 North Old Woodward<br>Suite 400<br>Birmingham MI 48009 | Client Matter No:<br>Claim No:D176739 / WA1928794<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL TRANSCRIPT OF:Ashok Shah, M.D. | | | | |
| Original | 111.00 | Pages | $3.25 | $360.75 |
| Exhibit | 239.00 | Pages | $0.25 | $59.75 |
| Attendance | 5.00 | Hours | $25.00 | $125.00 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Shipping | 1.00 | | $23.47 | $23.47 |
| Handle/Process | 1.00 | Minimum | | $0.00 |
| Medical/Technical Pages | 111.00 | Pages | $0.30 | $33.30 |
| CD Package | 1.00 | | $15.00 | $15.00 |
| Rough Draft | 96.00 | | $1.40 | $134.40 |
| Taxable (0.00) | | | | |
| Items Covered: ORIGINAL TRANSCRIPT OF:Kara Hunter, M.D. | | | | |
| Original | 110.00 | Pages | $3.25 | $357.50 |
| Exhibit | 212.00 | Pages | $0.25 | $53.00 |
| Exhibit - Color | 8.00 | | $1.00 | $8.00 |
| CD Package | 5.00 | | $15.00 | $75.00 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Medical/Technical Pages | 110.00 | Pages | $0.30 | $33.00 |
| Taxable (0.00) | | | | |
| Items Covered: ORIGINAL TRANSCRIPT OF:Kara Hunter, M.D.-Excerpt Confidential | | | | |
| Original | 7.00 | Pages | $3.25 | $22.75 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Medical/Technical Pages | 7.00 | Pages | $0.30 | $2.10 |
| Taxable (0.00) | | | | |
| Items Covered: ORIGINAL TRANSCRIPT OF:Stephanie Davis, M.D. | | | | |
| Original | 69.00 | Pages | $3.25 | $224.25 |
| Exhibit | 204.00 | Pages | $0.25 | $51.00 |
| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
| Medical/Technical Pages | 69.00 | Pages | $0.30 | $20.70 |
| CD Package | 1.00 | | $15.00 | $15.00 |
| Taxable (0.00) | | | | |
| Items Covered: ORIGINAL TRANSCRIPT OF:Stephanie Davis, M.D.-Excerpt Confidential | | | | |
| Original | 6.00 | Pages | $3.25 | $19.50 |

| Litigation Support Package | 1.00 | | $20.00 | $20.00 |
|---|---|---|---|---|
| Medical/Technical Pages | 6.00 | Pages | $0.30 | $1.80 |
| Taxable (0.00) | | | | |
| Late Fees | | | | $260.29 |

| Online bill pay available at www.uslegalsupport.com | **Total Due** | **$1735.27** |
|---|---|---|

Original exhibits and CD bundle (3 CDS) sent via UPS, tracking
#:1z34354w0359261206
Original email (Etrans) sent to ehardy@khvpf.com &
jhall@khvpf.com on 12-10-19

Firm ID 3082

Thank you for choosing U.S. Legal Support!

| (-) Payments/Credits | $1735.27 |
|---|---|
| (+) Finance Charges/Debits | $260.29 |
| (=) New Balance | $0.00 |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 313.337.3323

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com

*"Please detach bottom portion and return with payment."*

Julie Szymanski
Ford Motor Company
One American RoadSuite 425-A5
Dearborn MI 48126

| Invoice No. | 110335046 |
|---|---|
| **Invoice Date:** | 12/10/2019 |
| **Total Due** | **$0.00** |
| Job No. | 858616 |
| **Case No:** | 219CV10167 |

Remit To:    **U.S. Legal Support (Chicago, Il Reporting)**
          **P.O. Box 4772**
          **Houston TX 77210-4772**

Monday, October 02, 2023

EASTERN DISTRICT OF MICHIGAN
# United States District Court
Honorable Sean F. Cox, Chief Judge
Kinikia D. Essix, Court Administrator/Clerk of Court

Home | About the Court ⌄ | Judges ⌄ | Information for Jurors ⌄ | Attorneys ⌄ | E-filing ⌄ | Representing Yourself ⌄ | Clerk's Office ⌄ | Forms

### Online Services

Pro Se Document Upload

eJuror

eVoucher

Case Locator (PACER)

E-Filing (CM/ECF)

Recent Filings (RSS Feed)

Criminal Debt

Contact Us

### Clerks Office

Fee Schedule

Case Locator (PACER)

Transcripts

Emergency Filing Procedure

Court Records

Financial Information

Contact Us

## Transcript Orders and Fee Rates

Official transcripts of courtroom proceedings must be ordered from the Court Reporter. Instructions, forms and contact information are available from the Court Reporter website.

Copies of official transcripts already on file with the court are available through the Court Reporter or through the PACER Service Center and/or the Clerk's Office as provided in the Procedures Governing the Electronic Availability and Redaction of Transcripts.

The maximum transcript fee rates below are pursuant to Administrative Order 21-AO-034 and consistent with the rates approved by the Judicial Conference of the United States at its March 2018 session.

| Maximum Transcript Rates Effective December 6, 2021 -- Per page | Original | First Copy to Each Party | Each Additional Copy to the Same Party |
|---|---|---|---|
| **Ordinary Transcript (30 Days)** <br> A transcript to be delivered within thirty (30) calendar days after receipt of an order. | $3.65 | $0.90 | $0.60 |
| **14-Day Transcript** <br> A transcript to be delivered within fourteen (14) calendar days after receipt of an order. | $4.25 | $0.90 | $0.60 |
| **Expedited Transcript (7 day)** <br> A transcript to be delivered within seven (7) calendar days after receipt of an order. | $4.85 | $0.90 | $0.60 |
| **3-Day Transcript** <br> A transcript to be delivered within three (3) calendar days after receipt of an order. | $5.45 | $1.05 | $0.75 |
| **Daily Transcript** <br> A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday), prior to the normal opening hour of the clerk's office. | $6.05 | $1.20 | $0.90 |
| **Hourly Transcript** <br> A transcript of proceedings to be delivered within two (2) hours following receipt of the order. | $7.25 | $1.20 | $0.90 |
| **Realtime Transcript** <br> A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | One feed, $3.05 per page; two-to-four feeds, $2.10 per page; five or more feeds, $1.50 per page[1]. | | |

[1] Orders placed on or before the day of the proceeding will be batched together for purposes of determining the number of feeds, and subsequent orders will be charged at the lowest page rate assessed on the previous orders.

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| INVOICE | NUMBER 7326 |
|---|---|

TO: Kienbaum Hardy Vivano Pelton & Forrest, PLC
280 N. Old Woodward Avenue, Suite #400
Birmingham, MI  48009

MAKE CHECK PAYABLE TO:

Merilyn J. Jones

PHONE:  (248) 645-0000

PHONE:  (313) 234-2621

FAX:

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED 09/20/2023 | DATE DELIVERED 09/21/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
DeAnna Johnson v Ford Motor Company, 19-cv-10167

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | *758.45* | 0.00 | | *177.30* | 0.00 | 0.00 |
| Daily | 197 | ~~6.05~~ | 1,191.85 | 197 | 1.20 | 236.40 | | | 0.00 | 1,428.25 |
| Hourly | | *3.85 Reg.Rate* | 0.00 | | *.90 Reg.Rate* | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | 9/20/2023 | TOTAL | ~~1,428.25~~  *935.75 (Reg.Rate)* |
|---|---|---|---|
| Jury Trial - Daily Transcript | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | AMOUNT DUE (OR REFUND) | 1,428.25 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /s/ Merilyn J. Jones | DATE 09/29/2023 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| INVOICE | NUMBER<br>7327 |
|---|---|

| TO: Kienbaum Hardy Vivano Pelton & Forrest, PLC<br>280 N. Old Woodward Avenue, Suite #400<br>Birmingham, MI  48009 | MAKE CHECK PAYABLE TO:<br>Merilyn J. Jones |
|---|---|
| PHONE: (248) 645-0000<br>FAX: | PHONE: (313) 234-2621 |

## TRANSCRIPTS

| ☐ CRIMINAL   ✓ CIVIL | DATE ORDERED<br>09/14/2023 | DATE DELIVERED<br>10/02/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

DeAnna Johnson v Ford Motor Company, 19-cv-10167

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | _689.15_ | 0.00 | | | 0.00 | 0.00 |
| Daily | 179 | ~~6.05~~ | 1,082.95 | 179 | 1.20 | 214.80 _161.10_ | | | 0.00 | 1,297.75 |
| Hourly | | _3.85 Reg Rate_ | 0.00 | | _.90 Reg Rate_ | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): **9/14/2023** | | TOTAL | ~~1,297.75~~ _850.25 (Reg.Rate)_ |
|---|---|---|---|
| Jury Trial - Daily Transcript | LESS DISCOUNT FOR LATE DELIVERY | | |
| | ADD AMOUNT OF DEPOSIT | | |
| | AMOUNT DUE (OR REFUND) | | 1,297.75 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/ Merilyn J. Jones | DATE<br>10/02/2023 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| INVOICE | NUMBER 7326 |
|---|---|

| TO: Kienbaum Hardy Vivano Pelton & Forrest, PLC<br>280 N. Old Woodward Avenue, Suite #400<br>Birmingham, MI 48009 | MAKE CHECK PAYABLE TO:<br>Merilyn J. Jones |
|---|---|
| PHONE: (248) 645-0000 | PHONE: (313) 234-2621 |
| FAX: | |

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED 09/19/2023 | DATE DELIVERED 09/20/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
DeAnna Johnson v Ford Motor Company, 19-cv-10167

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | *873.95* | 0.00 | *204.30* | | 0.00 | 0.00 |
| Daily | 227 | 6.05 *3.85*<br>*Reg. Rate* | 1,373.35 | 227 | 1.20 *.90*<br>*Reg. Rate* | 272.40 | | | 0.00 | 1,645.75 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): 9/19/2023 | TOTAL | 1,645.75  *1,078.25 (Reg. Rate)* |
|---|---|---|
| Jury Trial - Daily Transcript | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 1,645.75 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-Day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /s/ Merilyn J. Jones | DATE 09/29/2023 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| INVOICE | NUMBER<br>7329 |
|---|---|

| TO: Kienbaum, Hardy, Viviano, Pelton, Forrest<br>280 N. Old Woodward, Suite 400<br>Birmingham, MI 48009<br><br>PHONE: (248) 645-0000<br>FAX: | MAKE CHECK PAYABLE TO:<br><br>Merilyn Jones<br><br><br>PHONE: (313) 234-2621 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED<br>09/18/2023 | DATE DELIVERED<br>09/19/2023 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
DeAnna Johnson v Ford Motor Company, 19-cv-10167

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 *889.35* | | | 0.00 *207.90* | | | 0.00 | 0.00 |
| Daily | 231 | 6.05 *3.85 Reg. Rate* | 1,397.55 | 231 | 1.20 *.90 Reg. Rate* | 277.20 | | | 0.00 | 1,674.75 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):   9/18/2023 | | TOTAL | ~~1,674.75~~  *1,097.25 (Reg. Rate)* |
|---|---|---|---|
| Jury Trial - Daily Transcript | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | AMOUNT DUE (OR REFUND) | 1,674.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| /s/ Merilyn Jones | 10/04/2023 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR