UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

DEANNA JOHNSON

     Plaintiff,

vs.

FORD MOTOR COMPANY,
*a Delaware corporation;*

     Defendant.
_____/

Case No. 2:19-cv-10167
Hon. Gershwin A. Drain
Mag. Judge Elizabeth A. Stafford

| | |
|---|---|
| Carol A. Laughbaum (P41711)<br>STERLING ATTORNEYS AT LAW, P.C.<br>Attorney for Plaintiff<br>33 Bloomfield Hills Pkwy., Ste. 250<br>Bloomfield Hills, Michigan 48304<br>(248) 644-1500<br>claughbaum@sterlingattorneys.com | Elizabeth P. Hardy (P37426)<br>Thomas J. Davis (P78626)<br>KIENBAUM, HARDY, VIVIANO,<br>PELTON &<br>FORREST, P.L.C.<br>Attorneys for Defendant<br>280 N. Old Woodward Ave., Ste.400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>tdavis@khvpf.com |

_____/

**PLAINTIFF'S MOTION TO REVIEW TAXED BILL OF COST**

Plaintiff DeAnna Johnson, by her attorneys Sterling Attorneys at Law, P.C., moves to Review the Taxed Bill of Cost dated October 5, 2023 and states:

    1.    Upon review of the Taxed Bill of Cost entered on October 5, 2023 (ECF 207) Plaintiff submits the following costs were improperly taxed and should be reviewed and disallowed:

    a. Trial Transcript dated 09/14/23 in the amount of $850.25 (ECF No. 206, Page ID 5354 (2nd item); Defendant represents this transcript was used at trial in Defendant's closing argument, citing the Bill of Costs Handbook II.C. 1. d. The cited provision covers transcripts used in support of a motion, not used in a closing argument. This is not a properly taxed cost.

    b. Trial Transcript dated 09/18/23 in the amount of $1097.25 (ECF No. 206, Page ID 5354 (3rd item); Defendant represents this transcript was used at trial in Defendant's closing argument, citing the Bill of Costs Handbook II.C. 1. d. The cited provision covers transcripts used in support of a motion, not used in a closing argument. This is not a properly taxed cost.

  Wherefore, Plaintiff respectfully requests that the Court further disallow Defendant's claimed taxable costs in the amount of $1947.50.

        Respectfully submitted,

        STERLING ATTORNEYS AT LAW, P.C.

        By: /s/Carol A. Laughbaum
          Carol A. Laughbaum (P41711)
          Attorneys for Plaintiff
          33 Bloomfield Hills Pkwy., Ste. 250
          Bloomfield Hills, MI 48304
          (248) 644-1500

Dated: October 5, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DEANNA JOHNSON

    Plaintiff,

vs.

FORD MOTOR COMPANY,
*a Delaware corporation;*

    Defendant.

_____/

Case No. 2:19-cv-10167
Hon. Gershwin A. Drain
Mag. Judge Elizabeth A. Stafford

Carol A. Laughbaum (P41711)
STERLING ATTORNEYS AT LAW, P.C.
Attorney for Plaintiff
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, Michigan 48304
(248) 644-1500
claughbaum@sterlingattorneys.com

Elizabeth P. Hardy (P37426)
Thomas J. Davis (P78626)
KIENBAUM, HARDY, VIVIANO, PELTON &
 FORREST, P.L.C.
Attorneys for Defendant
280 N. Old Woodward Ave., Ste.400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com

_____/

**BRIEF IN SUPPORT OF PLAINTIFF'S
MOTION TO REVIEW TAXED BILL OF COST**

    Plaintiff relies on the files and records in this cause and the Bill of Costs Handbook.

Respectfully submitted,

STERLING ATTORNEYS AT LAW, P.C.

By: /s/Carol A. Laughbaum
    Carol A. Laughbaum (P41711)
    Attorneys for Plaintiff
    33 Bloomfield Hills Pkwy., Ste. 250
    Bloomfield Hills, MI 48304
    (248) 644-1500

**PROOF OF SERVICE**

I certify that on October 5, 2023, I filed the foregoing paper with the Clerk of the Court using the ECF system, which will electronically send notification to all counsel of record.

/s/Carol A. Laughbaum
Sterling Attorneys at Law, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500
claughbaum@sterlingattorneys.com