**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Initial: _____



### INVESTIGATORY INTERVIE

Date/Time: 11/26/18
Location: DTP Salaried Personnel Office
Attendees: Interviewer(s): Leslie Harris
Interviewee: LaDawn Clemons GPID: PL92LL20



*You have been asked here as part of an open company investigation, all of us here today are required to maintain confidentiality. This conversation may not be recorded and is to remain confidential. Breaches of confidentiality may lead to disciplinary action. You may not discuss it with anyone other than those individuals conducting the investigation. The expectation is that you will be honest and forthright in your responses to the questions. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page and sign your name on the last page.*

**This discussion is considered a matter of Company record.**

1. Question: Please tell me about the conversation you recently had with a female Process Coach relative to some interactions she's had with male coworkers that border on sexual harassment?
   Answer: Last night, Deanna Johnson came to me as I was standing on the mezzanine. We went to my office. She said that she had a person who was being solicited to send explicit pictures in order to receive help and training. She eventually revealed that it was herself. She was really nervous. I asked her what kind of pictures. Then she said that there is a person who has explicit pictures and video of other salaried and hourly employees. One of them wants it to stop. Then he said, "You're new here and no one will believe you and if you want to get any more help you can't say no. I asked her who the male is and she was very hesitant to reveal it. I had to convince her to provide the name because it will assist the company to stop it. Then she started crying. She also started saying that she will be called a snitch and that it will come back to me like they did Brandi (Ward). She stated that it is Nick Rowan.

   I asked her to tell me what he has been doing. She said I asked him a question through text and he responded, "Show me them titties". I asked her whether she had proof. She said, yes but she didn't know the names of the other people that he has pictures in his phone about. I then went through the litany of avenues that this type of thing needs to be reported. She was very nervous.

2. Question: Did she indicate to you that she sent him pictures?
   Answer: No.

3. Question: Did she show you the evidence that she says that she has?
   Answer: No. But I told her that it would help if she had evidence of the actions he's undertaken. She also indicated that he has sent her explicit pictures of himself.

4. Question: Is there anything more you'd like to tell me about this matter?
   Answer: No.

*Thank you for participating in this investigation. This investigation is ongoing. Any information involved in this investigation is strictly confidential. You may not talk with anyone about your statement, people involved or anything else regarding the investigation. In addition, you are advised retaliation is strictly prohibited and may subject you to disciplinary action up to and including discharge. Someone may ask you to return for additional questioning.*

_____        11/26/18
Interviewee Name/Signature              Date

Ford/D. Johnson 00801