**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**



### PERSONNEL RELATIONS INVESTIGATORY INTERVIEW

| | |
|---|---|
| Participants: | LaDawn Clemons (GPID No. PL92LL20) |
| | Mario Spadafora - Personnel Relations |
| Date: | December 10, 2018 |
| Location: | In Person – Personnel Relations Conference Room / WHQ CR 122-A4 |
| Subject: | B-110 Violations |

*You have been asked to speak with me as part of an open Company investigation. This conversation is private and may not be recorded. The conversation is also confidential, and as such, it may not be discussed with anyone other than the HR investigators conducting this investigation. Failure to maintain the confidentiality of this interview may have disciplinary consequences. The expectation is that you will be honest and forthright in your responses to the questions. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page in the upper right-hand corner, and sign your name on the last page. Do you understand how we will proceed? Yes.*

1. **Question:** What is your title and the general responsibilities of your position?

   **Answer:** Crew Operations Manager – Responsible for all aspects of Production, Quality, and Safety.

2. **Question:** How long have you worked for Ford Motor Company? / How long in your current role?

   **Answer:** 18 Years. / 18 Months maybe a little longer.

3. **Question:** Who is your immediate Supervisor and how long have you reported to this person?

   **Answer:** Corey Williams (Asst. Plant Manager). I've reported to him since October of last year.

4. **Question:** On November 26, 2018 you spoke with DTP Salaried Personnel regarding a recent discussion you had with Process Coach, Deanna Johnson on the day prior. You mentioned that she reported to you that Process Coach, Nick Rowan, solicited explicit pictures of her in return for his help and training. Approximately how long had she been in her current role? / In your opinion, was she not trained or fully trained at that time?

   **Answer:** I'm not sure – because they rotate she's only been with me for two months so I would say 5 months with her having been on the opposite crew for 3 months. / To me I believe so. I don't have immediate direct interaction with all process coaches but based on what I heard on the radio and in various meetings it sounded like she was trained.

5. **Question:** Wouldn't the Sr. Process Coach ordinarily assist or train a relatively new supervisor? / Was Rowan assigned to, or expected to, train Johnson on her job? / Do you have any idea why Johnson would feel she needed Rowan's help in particular? / Did you recommend where she might get assistance from anyone other than Rowan? / Are you aware of how Johnson's performance as a Process Coach has been viewed by her supervisor and manager to date?

   **Answer:** No. Unfortunately because we have so many new PCs we team them up with buddy process coaches and they shadow them for a couple of days or longer. Some people pick it up in two days and some pick it up in two weeks. It also depends on the Team Manager and how long they will allow someone to shadow a more senior supervisor. / He was the person she was



PLAINTIFF'S EXHIBIT 38-A

Ford/D. Johnson 00108

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**



attached to originally for training. We have broken up our lines and Engine and Frame go together now and she had the first half of engine and all of Frame. Nick had the other half of engine and the first part of Chassis 1. Nick is the longest running process coach in the area and has the most skill of all the shifts. / Yes. She has other process coaches an Sr. Process Coaches, her team manager and then me. They all know they can come to me for anything. When I told her that she said other people were involved but wouldn't give me any other names so I don't know if that's why she wouldn't go to them for help with work issues. / No, not really. He hasn't expressed any performance issues with me. No issues other than some personal issues (back injury, issues with her mother where she had to go home, etc.). He has mentioned performance of other supervisors in the past but nothing was mentioned about Deanna Johnson.

6. **Question:** When Johnson mentioned that Rowan had showed her explicit photos and videos of female salaried and hourly coworkers, did she mention anyone there might be photos or videos of by name? / Did she show you any Texts, Photos or Videos? / If not, other than "explicit" did she describe, or elaborate at all on the content of the Pictures or Videos? / Did she indicate that he had sent inappropriate photos to her directly?

   **Answer:** No. / No. and I didn't ask. I didn't know if I was supposed to or not or if it would be over-stepping my authority versus HR. / I know she said that there were some pictures of him and his private parts and that there were some videos of some other women and him performing sexual acts. She didn't go into detail and I didn't ask. / Yes.

7. **Question:** Did she report to you that there was any inappropriate physical contact by Rowan? / Can you describe how close Johnson and Rowan's work areas are to each other? / How frequently would you say two Process Coaches in their positions would be required to interact with each other?

   **Answer:** Yes. She said he had touched her breast twice and he claimed that is was by accident. I believe she said that he actually texted her and apology for it but I don't recall her saying that anyone else saw it. / They are attached at least as far as the Engine line. There's a certain point demarcating her area from his but we are one team and so they work together and could be in any part of the engine line. Where Engine and Frame are located they are furthest away and they are kind of in a hold back there by themselves. It's pretty isolated. Unless something is wrong none of us (Sr. PC, Team Manager or myself) go over there we stay more in the middle of the plant.

8. **Question:** Did Johnson ever mention having borrowed Rowan's phone to call her daughter? If so, did she mention having come across any inappropriate photos on the phone? / When Johnson mentioned being solicited by Rowan to send him photos, did she provide you any examples other than Rowan asking her via text to "show me them titties" in response to a question she had texted him? / Did she show you the text message from this example?

   **Answer:** No, not to me. / No she never mentioned to me that she had his phone. / No. But she made it sound like that had been the response from him multiple times. / No.

Answer

A longer running process coach (no longer with the Company - Terrance Roach) would say things like "you know he has 6 or 7 girlfriends back there." Another said that you know he doesn't want to leave that area because of some of the

Ford/D. Johnson 00109

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

relationships he has back there." (doesn't remember the individual's name but will let me know if she recalls later) We did skip level meetings a

Between HR and Labor Relations, myself and one other female LL6 were in charge of these skip levels to talk about culture, reporting harassment and how the Company does not tolerate sexual harassment and how the company is trying to get a feel for what is happening on the floor. In those meetings some ladies alluded to favoritism going on back there and that they had to take on harder jobs but they never said that it was because of relationships going on but quite a few of them mentioned favoritism.

/ When was the last time that you are aware of, Rowan being moved and who made the decision to do so?

Answer: We've changed so many people. Maybe Jay Hetter (was Final Area Manager at the time). Perhaps PDC members but they have all changed over. Jason Mester, might know – he would have been his Sr. Process Coach for several years but he is in another role now. Richard Mahoney, his current Sr. Process Coach might know some of the relationships. / I don't know I couldn't even guess. I have been out of the plant for two years and have just returned to DTP in May of 2017. I had left in November of 2015 and so I couldn't speak to that time period. Prior to that, I came to Final in 2008, I believe ,and I'd say he was moved at least three times off the Engine Line but I can't say all three times were for that reason because I wasn't in my current position.

12. Question: Has Rowan ever worked with you, or for you in the past? / Can you describe your experience working with him? / Have you ever had to address issues or concerns with him regarding his interactions with you, his peers, or his subordinates? / Have you ever had to address concerns about Rowan sharing inappropriate Texts, Pictures, or Videos, or his behavior around female coworkers? /

Answer: Both, yes. We were process coaches at the same time so we would have worked together. Under this role he works for me and I believe in one other role he also worked under me. / I've never had any issues with him. For the most part nice and has always been respectful to me. He's knowledgeable. I think over the years he has gotten a little bit more sarcastic even over the radio. / I have never had issues with him and he always seemed decent enough. He comes to work every day. I was taken aback by this. / This was the first time I had heard anything about that - I never heard anything about texts or videos until she came to me.

Myself, no and to my knowledge no one else has outside of our training sessions. We've all sat through the training sessions about what we are required to do and how we are required to behave. During an unscheduled shutdown I set up a 3 day Process Coach training with HR policies that I knew people needed to know.

13. Question: What have been your observations of Johnson and Rowan's relationship with each other or the interactions between them? (for example, were they professional, friendly, perhaps overly-

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**



friendly, did you notice anything unusual when they were around each other; etc.) / Are you aware of there being or having been any kind of relationship between them beyond a professional work relationship? / Have you ever seen them together outside of work; coming into or leaving work together; going to or returning from lunch together, etc.? / Have you ever heard reports of this from peers or subordinates?

Answer: I very rarely saw them together because I'm always scattered around the plant. I maybe saw them in two meetings together and The Team Manager (William Markovich) did mention some looks that were exchanged between them and that happened to be the day that the investigation started but she had never mentioned anything to him about what happened. That's when he mentioned that to me. / I'm not aware of any relationship between them. / Never. / No.

13. Question: When Johnson reported to you that Rowan had sent her inappropriate photos and texts did you ask to see any of the proof she had? / Would you consider the concerns about Rowan that Johnson brought to you, if true, to be violations of the Company Anti-Harassment Policy? / Who did you report the matter to once Johnson shared it with you?

Answer: No. / Yes. / Originally I told my boss Corey Williams (Asst. Plant Manager.) so he wouldn't be blind-sided and I told him that I was going to come in early to see Les Harris in Salaried Personnel but before I could he had already sent me an email to tell him what time I was coming in so that he could interview me about the concern.

14. Question: I have no further questions for you at this time, but I may need to contact you in the future to ask follow-up questions. Is there anything else you would like to add that I may have neglected to ask you about this matter that might help the investigation?

Answer: From her mannerisms and behavior when she told me I believed her but I was totally taken aback by what it was. I would mentioned that after she left Les' office she came back to the Final Office where my office is located because she needed to get her belongings and they were on Line 4 in a locker and I had to go down and get them. I asked if she had told Les everything and she kind of shuddered, dropped her shoulders and lowered her head and started crying again a little bit. I told her that we need all the details if we're going to be able to address this. She said there was more than what she originally shared but didn't give me any details. We had already moved her two weeks prior to Deanna's report of harassment. I don't know why the Team Manager (William Markovich) made that call though.

*Your interview will help me complete my investigation into whether there have been any violations of Company policy. In the interim I'd like to remind you that this matter is to remain completely confidential. In, addition should you experience what you believe to be retaliation for having cooperated with Personnel Relations please notify myself or DTP Salaried Personnel. Now I'd like you to review your statement for any material inaccuracies. I'll need you to sign it and initial each page in the upper right corner. Thank you for your time.*

LaDawn Clemons, Crew Operations Manager  
Dearborn Truck Plant

12/10/18  
Date