**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**



PERSONNEL RELATIONS INVESTIGATORY INTERVIEW



PLAINTIFF'S EXHIBIT 386

| | |
|---|---|
| Participants: | William Markavich (GPID No. OD57VY19) |
| | Mario Spadafora - Personnel Relations |
| Date: | December 17, 2018 |
| Location: | Via Phone |
| Subject: | B-110 Violations |

*You have been asked to speak with me as part of an open Company Investigation. This conversation is private and may not be recorded. The conversation is also confidential, and as such, it may not be discussed with anyone other than the HR investigators conducting this investigation. Failure to maintain the confidentiality of this interview may have disciplinary consequences. The expectation is that you will be honest and forthright in your responses to the questions. Understand that I will frequently ask questions that I already know the answers to in order to confirm information or gage the credibility of witnesses or persons of interest. It is always in your best interest to truthful with Company investigators. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page in the upper right-hand corner, and sign your name on the last page. Do you understand how we will proceed? Yes.*



1. Question: What are your title and the general responsibilities of your position?

Answer: LL6 Team Manager and the general responsibilities are managing and develop my team and try to drive business metrics to achieve optimal success for the Company.

2. Question: How long have you worked for Ford Motor Company? / How long in your current role?

Answer: 23 Years in April / 5.5 Months

3. Question: Who is your immediate Supervisor and how long have you reported to this person?

Answer: Chris Skaggs (Final Area Manager) / Started with Jay Hetter but I have worked for Chris about two months.

4. Question: On 11/29/18 you spoke with Plant Salaried Personnel regarding a complaint made by Process Coach, Deanna Johnson, against Process Coach, Nick Rowan. I need to ask you some follow up questions. Can you describe your experience working with Rowan? / Have you ever had to address issues or concerns with him regarding his interactions with you, his peers, or his subordinates? / Have you ever had to address concerns about Rowan sharing inappropriate Texts, Pictures, or Videos, or his behavior around female coworkers?

Answer: From a business perspective he as very organized, got his assignments done and was the one person I didn't have to worry about. He is very eccentric. What do you mean Eccentric? Demeanor and personality – he makes it sound like he has 5 different jobs and 12 children. He sends strange pictures of planes and tractors pictures of him with the Big Boy statue or a helicopter – just random stuff. This was always in a group type chat not just to me if that makes a difference. It's like the gentleman doesn't sleep. He'll mutter things under his breath and think you didn't catch it – i.e. ask him for the FIS report and he'd respond something like "about time". The report is something that was pulled on an hourly basis. / No. The only issue I ever had with him was he would physically do a job on the line and he should know better that leads to

Ford/D. Johnson 00132

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**



grievances. He rant that line for 13 years I guess. / I haven't. / I don't believe so. Everyone there thinks he's a little eccentric.



7. Question: What have been your observations of Johnson and Rowan's relationship with each other or the interactions between them? *(for example, were they professional, friendly, perhaps overly-friendly, did you notice anything unusual when they were around each other, etc.)* / Are you aware of there being or having been any kind of relationship between them beyond a professional work relationship? / Have you ever seen them together outside of work; coming into or leaving work together; going to or returning from lunch together, etc.? / Have you ever heard reports of this from peers or subordinates?

Answer: They seemed kind of buddy-buddy. I feel she leaned on Nick a little too much as far as work load. I wanted her to be more self-sufficient like handing paying people, etc. They always sat together in a meeting and were always the first ones in the meeting. I didn't notice anything inappropriate. / No. / No sir. / No. I don't think they were that buddy-buddy. I don't think that they were 'hanging' out per se. We all kind of communicate by text and in group messages unless I need to speak to a process coach individually.

8. Question: In your statement you mentioned that SPC, Richard Mahoney, told you that Johnson and Rowan had an argument, or that they weren't getting along. What details can you provide me about what their argument was about or why they had not been getting along? / If Mahoney did not tell you the details is there a reason that you didn't inquire?

Answer: I don't remember Richard telling me anything like that. I really don't, he may have said something in passing. The only thing I remember was her making the comment that he (Rowan) was a little weird. And I agreed because he is eccentric and from the way she looked at me I asked her "is there something I need to know?" and she said "no I still need Nick." I told her that if she needed to tell me anything she can tell me. She never let me know there was an issue or that she was uncomfortable. It's not something you'd think of she has a back bone and stands up for herself pretty well. I'm usually pretty perceptive and never would I have thought there was that kind of problem. Sometimes she also had a tendency, now that I think about it, to cry too – she could be emotional.

9. Question: In your earlier statement you indicated that Mahoney had sent Johnson to work in the 'block house' because 'she was afraid to see [Rowan]'. What reason would Johnson have had to be afraid to see him at that time? / Was this concern before or after she made her complaint of sexual



Ford/D. Johnson 00133

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**



harassment? / Did Johnson tell you she was being harassed by Rowan (for example, making inappropriate comments or sending inappropriate texts or photos to her, etc.)? / Did SPC Mahoney inform you that Johnson told him that she was being harassed?

Answer: There was one thing going on with one of my PC's about a pay practice issue and he had to go see Salaried Personnel. That day like 4 of my PCs went to Salaried Personnel. She had a tendency to leave the floor (not feeling well, etc...) and was off the floor at that time but I found out that she was in Salaried Personnel and not in Medical. Then I got called up to the Mezzanine by Chris Skaggs and LaDawn Clemons and Mahoney approached all three of us and said that DeDe was afraid to see Nick (she had already been to Salaried Personnel at this time) and that he moved her to the Manager's offices (block house). That's when I was told to go get Nick for an interview. I thought it was because she had made a complaint against Nick that she would have been concerned. / After. It was the reason for her being concerned. / No. Absolutely not. / No. I take the harass word very seriously – inside and outside the facility.

10. Question: According to Mahoney, he moved Johnson around because she had issues with several TLs. Are you aware of any issues she had with TLs that Mahoney had to deal with? / If so, can you please describe what kind of issues or provide examples?

Answer: Yes. / Even I got called by the UAW and I had to sit in a hearing for Disrespect from a TL and she was new so I used it as coaching to show her how a hearing worked. The Bargaining was there, Labor, Safety... and it turned out that she mishandled the situation on the floor and went at the TL on the floor leading up to the hearing – I have a grievance on my desk right now about it... She had a few TLs she didn't get along with – that's part of the reason we moved her and I also didn't want her to lean on Nock for workload. I actually thought she had the ability. I think she was having some problems with some of her hourly people there too. I felt somethings that she was starting more fires rather than checking process to see if there was really a maintenance, quality, or other issue before writing people up. She could come on a little too strong.

11. Question: I recently spoke to Crew Operations Manager, LaDawn Clemons, about Johnson's complaint regarding Rowan. She indicated that by the time Johnson spoke with Les Harris in Salaried Personnel on 11/26/18, she had already been moved by you to a new area two weeks prior. Can you tell me why you moved Johnson?

Answer: See also No. 10 above. Just the bridges she had burned back there and developmentally it was the best thing to do. Even the first day she was there (Lines 4&5) she got into an argument with a TL yelling and screaming on the floor – I don't think she was there two hours. She had a right to be upset – the TL wasn't there but she handled it inappropriately and that was when it got a little heated in the aisle way. I had to calm that one down too...

14. Question: I have no further questions for you at this time, but I may need to contact you in the future to ask follow-up questions. Is there anything else you would like to add that I may have neglected to ask you about this matter that might help the investigation?

Answer: I'm being honest with you that I didn't sense anything out of place between her and Nick. He is eccentric, that's for sure. She is a firecracker sometimes and then emotional and in tears the next but I figured she would have told me if something was wrong. I thought that we had that kind of trust. I didn't think she would have put up with it from Nick given how when interacted with her TL's, especially.

*Your interview will help me complete my investigation into whether there have been any violations of Company policy. In the interim I'd like to remind you that this matter is to remain completely confidential. In, addition should you experience what you believe to be retaliation for having cooperated with Personnel Relations please notify myself or DTP Salaried Personnel.*



Ford/D. Johnson 00134

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

*Now I'd like you to review your statement for any material inaccuracies. I'll need you to sign it and initial each page in the upper right corner. Thank you for your time.*

_____     _____
William Markavich, Team Manager      Date
Dearborn Truck Plant

Ford/D. Johnson 00135