## Summary

| Source Application | Native Messages |
| --- | --- |
| Last Activity | 9/18/2018 2:36:16 PM -04:00 |
| Start time | 9/18/2018 2:36:16 PM -04:00 |

## Participants

+12163362728
Mahoney Rich *

## Conversation - Instant Messages (1)

From: +12163362728 Mahoney Rich
What n the fuck are you talking about what open QLS u got
Status: Read

9/18/2018 2:36:16 PM(UTC-4)



PLAINTIFF'S EXHIBIT 68