UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

DEANNA JOHNSON

     Plaintiff,

vs.

FORD MOTOR COMPANY,
*a Delaware corporation;*

     Defendant.

_____/

Case No. 2:19-cv-10167
Hon. Gershwin A. Drain
Mag. Judge Elizabeth A. Stafford

Carol A. Laughbaum (P41711)
STERLING ATTORNEYS AT LAW, P.C.
Attorney for Plaintiff
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, Michigan 48304
(248) 644-1500
claughbaum@sterlingattorneys.com

Elizabeth P. Hardy (P37426)
Thomas J. Davis (P78626)
KIENBAUM, HARDY, VIVIANO, PELTON &
FORREST, P.L.C.
Attorneys for Defendant
280 N. Old Woodward Ave., Ste.400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com

_____/

## PLAINTIFF'S TRIAL EXHIBITS:

| No. | Description |
|---|---|
| 1 | Ford Anti-Harassment Policy At a Glance (Ford/D. Johnson 82-85) |
| 3 | PL-Rowan texts Part 1 (Ex I to PL's SJ Brief) |
| 4 | PL-Rowan texts Part 2 (Ex J to PL's SJ Brief) |
| 8 | "Nevertheless She Persisted" photo (Ex N to PL's SJ Brief) |

| No. | Description |
|---|---|
| 9-R | Email with Ford Consent to Search Home From (Ex O to Pl's SJ Brief) |
| 12 | Text from N1 June 2022 production – item/control ## 4083/4338 |
| 13 | Text from N1 June 2022 production – item/control ## 4627/4883 |
| 16 | Text from N1 June 2022 production – item/control## 5670/6659 |
| 17 | Text from N1 June 2022 production– item/control## 6643/7744 |
| 18 | Text from N1 June 2022 production– item/control## 8305/9793 |
| 23 | Harris interview of Clemons (Ford/D. Johnson 801) |
| 34 | Clemons-Pl texts (PLTF 2222-2223/Clemons Dep Ex 2) |
| 35 | Clemons-Harris emails, picture (Ford/D. Johnson 959-960/ Clemons Dep Ex 3) |
| 38-A | Summary of Investigation (Ford/D. Johnson 108-111) |
| 38-B | Summary of Investigation (Ford/D. Johnson 132-135) |
| 45 | Mahoney-PL emails, 11/2/18 (Ford/D. Johnson 0628) |
| 46 | Harris-PL emails 11/27/18 (Ford/D. Johnson 342-343/Mahoney Dep Ex 3) |
| 49 | Text from N1 June 2022 production -- item/control ## 10070/11642 |
| 50 | Text from N1 June 2022 production – item/control ##11246/12820 |
| 51 | Text from N1 June 2022 production – item/control ##12779/14353 |
| 52 | Text from N1 June 2022 production – item/control ## 14987/46891 |
| 53 | Text from N1 June 2022 production – item/control ## 9244/10816 |
| 54 | Text from N1 June 2022 production – item/control ## 9727/11299 |
| 55 | Text from N1 June 2022 production – item/control ## 9875/11447 |
| 57 | Text from N1 June 2022 production – item/control ##13072/14646 |
| 58 | Text from N1 June 2022 production – item/control ##4109/4364 |

| No. | Description |
|---|---|
| 59 | Text from N1 June 2022 production– item/control ## 6763/7864 |
| 60 | Text from N1 June 2022 production – item/control ## 7037/8139 |
| 61 | Text from N1 June 2022 production– item/control ##7514/8617 |
| 62 | Text from N1 June 2022 production – item/control ## 8339/9827 |
| 63 | Text from N1 June 2022 production – item/control ##4461/4717 |
| 64 | Text from N1 June 2022 production – item/control ## 4791/5047 |
| 65 | Text from N1 June 2022 production– item/control ## 4788/5044 |
| 66 | Text from N1 June 2022 production – item/control ##9385/10957 |
| 67 | Text from N1 June 2022 production – item/control ## 9560/11132 |
| 68 | Text from N1 June 2022 production – item/control ## 3740/47466 |
| 70 | Photo (Rowan Dep Ex 3) |
| 71 | Rowan-Harris emails (Rowan Dep Ex 1; Ford/D. Johnson 373-374) |
| 72 | Rowan-PL texts (Rowan Dep Ex B) |
| 76 | Mahoney-Markavich-PL texts (PLTF 3275-3276) |
| 85 | PL-Mahoney texts (PLTF 2165-2189) |
| 90 | PL-Harris emails w consent form (PLTF 2205-2209) |
| 110 | Group texts (PLTF 2772-2791) |
| 121 | PL-Markavich texts (PLTF 3107-3122) |
| 123-A | PL-Rowan texts (PLTF 3182) |
| 134-R | Harris interview of Johnson (Ford/D. Johnson 799-800) |
| 136-R | Harris interview of Rowan (Ford/D. Johnson 802-804) |
| 138-R | Harris interview of Markavich (Ford/D. Johnson 807-809) |
| 139-R | Harris interview of Mahoney (Ford/D. Johnson 810-812) |
| 142 | Mahoney email (Ford/D. Johnson 864) |
| 150 | Markavich emails (Ford/D. Johnson 969-975) |

| No. | Description |
|---|---|
| 159 | Markavich email (Ford/D. Johnson 1357) |
| | |