**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Initial: [signature]



### INVESTIGATORY INTERVIEW



PLAINTIFF'S EXHIBIT 134-R

Date/Time:   11/26/18
Location:    DTP Salaried Personnel Office
Attendees:   Interviewer(s): Leslie Harris
              Interviewee: Deanna Johnson, GPID: KX85AG18

*You have been asked here as part of an open company investigation, all of us here today are required to maintain confidentiality. This conversation may not be recorded and is to remain confidential. Breaches of confidentiality may lead to disciplinary action. You may not discuss it with anyone other than those individuals conducting the investigation. The expectation is that you will be honest and forthright in your responses to the questions. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page and sign your name on the last page.*

**This discussion is considered a matter of Company record.**

1. Question: Please tell me about the concerns you have with Nick Rowan?
   Answer: I know what I told LaDawn. I kept trying to pretend that it was someone else but she told me to tell the truth because she saw through it. I am very scared. I've already been shunned. I've asked him to stop. In the beginning I needed him. When you're running the engine line you just gotta get in there and do your job. I didn't want to betray him because he was teaching me things I need to know to be successful on the engine line. But I did someway betray him and he stopped teaching me stuff. I'm the only woman down in my team. There's a lot of testosterone down there. A lot of shop talk. Two weeks after I started on the engine line. Nick is a practical joker. He jokes with all of the girls. He never tried to joke with me. For the first two weeks I watched him. I told him that this is not Burger King. Some of the things he was saying were inappropriate. I told him that he can't say some of the things he says to these women they report to you. He said, "I've never had any chocolate lately". I know he's going to have a heart attack. I know that I'm new and I don't want to run down to HR and tell every little thing. But you have to pick your battles. Me being new, I don't want this battle. A few days later, he said "let me show you what I'm working with". I knew he was talking about his penis. He sent me this picture (shown on her phone). You know that's him because of the bracelet on his arm. He says things on the text like he likes' Mounds bars. I've brought him Mounds bars when I come to work and he's said things like, "That's not the mounds I was hoping to see (meaning he wants to see my breasts). Every woman on that line are gonna hate me if something happens to him. They're all gonna hate me.

2. Question: Why do you believe those women on the line are gonna hate you?
   Answer: Nick has shown me that he has things in his phone like sexual acts with women on that line that he has had interaction with. It explains a lot of the women that have not been written up. There is a TPT name [redacted] that he has video of on his phone that he is in the bed with. Every woman on that phone he has pictures of either breasts, their vagina or them bent over.

3. Question: Did you send Nick pictures of yourself?
   Answer: No. He's sent me several. I only have two still in my phone. I've deleted several because I didn't want my boyfriend to see them.

4. Question: Would you consent to our Executive Ops folks taking the forensic data from your phone so that we can have it for our file.

5. Question: What is the cell number that Nick sent
   Answer: 419-870-5186. He lives in Ohio. He tells everyone that he lives in Ohio and he sends everyone everyday a pic from the border of the welcome to Ohio sign. Whenever he would send inappropriate texts I would tell him to stop. I've told him to stop it. He has asked me for pictures of my breasts. When I go to the bathroom he's asked me to send him pictures. The running joke with Nick is that he says, "Show me them titties". I don't do that. I would never send him stuff like

Ford/D. Johnson 00799

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Initial: ___

that. I have other stuff in my other phone. Anytime I ask him to help with something he'll say "Nope, I don't have any pictures". "Show me them titties or I can't send you or print things out for you. He's sent me pictures of me from afar and send them to me. Like me bending over or something.

6. Question: Do you have evidence of any text communications you have had with Nick in which he's inappropriate/lewd requests?
Answer: Yes. I have other texts in my other phone because I have a newer phone. All of my talking to him is about the job.

7. Question: Have you seen new pictures of other female employees in Nick's phone?
Answer: Yes. And videos.

8. Question: Can you provide me with names of other female employees that you have seen pictures and videos of in his phone?
Answer: ▮▮▮▮▮ she works on the engine line). I know now why he doesn't write them up. They're probably all gonna deny it. Also ▮▮▮▮ (can't think of her last name). But she works on the engine line too. It's 85% of the females on the Engine line. It's mostly Caucasian. If you ask them they will tell you about the things that he says that are always in the red. They love him because he allows them to get away with stuff that you would normally get written up for. He's been on that engine line for years. ▮▮▮▮ (Engine line station 54). I can't think of her last name.

9. Question: Can you tell me why you hadn't brought this to HR?
Answer: Because I'm new. I don't want to make any waves. I don't feel like I'm as valued as an employee as someone who has been here for years. I've been saying that I'm built Ford tough for years.

10. Question: He also sent me a picture of Mary Fletcher (PC). I'm not sure he slept with her although he said he did.

11. Question: Is there anything more you'd like to tell me.
Answer: No.

*Thank you for participating in this investigation. This investigation is ongoing. Any information involved in this investigation is strictly confidential. You may not talk with anyone about your statement, people involved or anything else regarding the investigation. In addition, you are advised retaliation is strictly prohibited and may subject you to disciplinary action up to and including discharge. Someone may ask you to return for additional questioning.*

_DeAnna Johnson_          11/26/18
Interviewee Name/Signature         Date

Ford/D. Johnson 00800