**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Initial: _____




INVESTIGATORY INTERVIEW

Date/Time:  11/29/18
Location:   DTP Salaried Personnel Office
Attendees:  Interviewer(s): Leslie Harris
            Interviewee: William Markavich GPID: OD57VY19

*You have been asked here as part of an open company investigation, all of us here today are required to maintain confidentiality. This conversation may not be recorded and is to remain confidential. Breaches of confidentiality may lead to disciplinary action. You may not discuss it with anyone other than those individuals conducting the investigation. The expectation is that you will be honest and forthright in your responses to the questions. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page and sign your name on the last page.*

**This discussion is considered a matter of Company record.**

1. Question: Do you know the names of all of the employees on engine line?
   Answer: I don't know the names of any of the employees on the Engine line. I know Jeremiah a TL.

2. Question: Do you know who '          ' (Is she FT or TPT?)
   Answer: The name sounds familiar but I couldn't pick her out. I think I recognize her as giving Dede a hard time back there in that corner. I think she's on dayshift.

3. Question: Is there an employee by the name of '       that works on Engine line, station 54?
   Answer: No.

4. Question: Do you know an employee named
   Answer: No.

5. Question: Are you familiar with the company's Anti-Harassment policy?
   Answer: Yes.

6. Question: Are you familiar with your responsibility as a manager to report such behavior when you are provided knowledge that it is occurring?
   Answer: Absolutely.

7. Question: Tell me what you did when Richard Mahoney told you that Nick Rowan was sexually harassing Deanna Johnson?
   Answer: I knew nothing about that.

8. Question: Tell me what you did when Richard Mahoney told you that Deanna had shown him an explicit photo of Nick that Nick texted to her phone?
   Answer: The most Deanna ever talked about is that Nick is weird. I said yes he is. I asked if there's anything you know about. And she said no.

9. Question: Are you saying that Rich Mahoney never came to you to inform you that Deanna Johnson told him that Nick Rowan had texted an inappropriate picture to her phone.
   Answer: Yes, that is what I'm saying.

10. Question: Deanna has a recollection that you came up to her to ask her "Tell me what's going on between you and Nick. From 1-10, how bad is it? And when she said 100, you said, "Oh God I don't want to know". You don't recall that?
    Answer: She said, no I still need Nick right now. And I asked her what that means and she never gave a description. As best as I knew they were buddies at work. I knew they were friends outside of work. They all communicate with each other outside of work. There's a group chat I

Ford/D. Johnson 00807

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Initial: _MK_

know about. I've seen pics of Nick sky diving and things like that. But as far as a conversation with DeDe about 1-10 that never happened. I'm not built like that when it comes to sexual harassment. I was raised by a single mother and I have three daughters. Nick's always sent weird photos but I don't think it's ever been anything inappropriate.

11. Question: If you had been told about that, what would've been your response??
    Answer: I would've pulled Nick off of the floor and then brought him to you because I don't know how to handle situations like that.

12. Question: Do you believe every employee deserves to work in a hostility free environment?
    Answer: Absolutely. That includes those two employees.

13. Question: After Deanna had to leave work several weeks ago due to an issue with her mother, why did you tell her that you don't give a fuck about her back hurting or her mother being sick?
    Answer: She's had a few incidences of leaving work. It never went down like that. The line was down and she was sitting down. I went over there. I admit that I used the word "fuck". She said her back was hurting. I was upset and said, I don't have time to give a fuck about your back hurting right now because the frame line wasn't moving. I texted her the next day to apologize. I went to talk to her the same day and I said, if you ever need help like that, I'll come over with a truck and a team to help you move your grandmother's furniture. (Shared the text with me) She had come to work that day after hurting her back by helping her mother move her furniture. She's had other times that she's had to leave work and I've said something about it (the perception of her leaving work all the time. The whole team has complained about it).

14. Question: Do you realize that the use of the "word fuck" is inappropriate language in the workplace?
    Answer: Yes.

16. Question:
    Answer: No. On Monday, when you brought Nick, Rich and Dede down to your office, I kind of knew something was going on, but no. I think Nick's eccentric but no, I knew nothing like that. I know that Rich said something when he came back to the line about sending Dede out to the block house because she said she was afraid to see Nick. That's when a red flag went up like what's going on. But there was no information about sexual inappropriateness.

18. Question: Is there anything more you would like to tell me?
    Answer: No. The conversation with Dede from 1-10. I don't understand it. That never happened.

Ford/D. Johnson 00808

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Initial: _____

19. Question: Have you seen any evidence in Nick's cubicle that he's been punching the walls?
    Answer: There's no damage that has ever stuck out to me. Is he violent? I've got a pretty good perception of people but I've never seen that. He's always been different to me.

Thank you for participating in this investigation. This investigation is ongoing. Any information involved in this investigation is strictly confidential. You may not talk with anyone about your statement, people involved or anything else regarding the investigation. In addition, you are advised retaliation is strictly prohibited and may subject you to disciplinary action up to and including discharge. Someone may ask you to return for additional questioning.

_K. Mackaid_        11/29/18
Interviewee Name/Signature        Date

Ford/D. Johnson 00809