**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Initial: KM



**INVESTIGATORY INTERVIEW**



PLAINTIFF'S EXHIBIT 139-R

Date/Time: 11/30/18
Location: DTP Salaried
Attendees: Interviewer(s): Personnel Office
Leslie Harris
Interviewee: Richard Mahoney GPID: UF34VQ99

*You have been asked here as part of an open company investigation, all of us here today are required to maintain confidentiality. This conversation may not be recorded and is to remain confidential. Breaches of confidentiality may lead to disciplinary action. You may not discuss it with anyone other than those individuals conducting the investigation. The expectation is that you will be honest and forthright in your responses to the questions. I will be taking notes. Afterwards, I will ask you to review your statement, initial each page and sign your name on the last page.*

This discussion is considered a matter of Company record.

1. Question: Do you know the names of all of the employees on engine line?
   Answer: I know more on A Crew because for a short time when Nick had his surgery I was their PC. This was about 2-3 years ago.

2. Question: Do you know who          (Is she FT or TPT?)
   Answer: Fulltime.

3. Question: Can you describe
   Answer: White, about six feet 35-40 years old. Blond hair usually in a ponytail. She's fleshy. Works between Station 8-12. Longtime employee.

4. Question: Do you know a female employee by the name of
   Answer: that name sounds familiar because she's a TPT. Had to pay her 4 days one time.

5. Question: Is          fulltime or TPT?
   Answer: I'm not sure. I wouldn't know her if I saw her.

6. Question: Can you describe
   Answer: No.

7. Question: Is there an employee by the name of          that works on Engine line, station 54?
   Answer: There's a          on day shift. She's a trouble maker. She secures the engine mount.

8. Question: Is she fulltime or TPT?
   Answer: Full time.

9. Question: Can you describe
   Answer: Heavy set. About 35-40. Always wears hair in a ponytail. Dark blond or brown. She dyes her hair at times. It might be purple now.

10. Question: Are you familiar with the company's Anti-Harassment policy?
    Answer: Zero tolerance.

11. Question: Are you familiar with your responsibility as an employee to report such behavior when you are provided knowledge that it is occurring?
    Answer: I would think so. If someone brought it to me, I would try to bring it to you or Chris. Anyone above me.

12. Question: Tell me what you did when Deanna Johnson told you that Nick Rowan was sexually harassing her?

1 of 4

Ford/D. Johnson 00120

**CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER**

Initial: FW

Answer: She never told me that he was harassing her. She told me that her and Nick weren't getting along. She told me Nick and her weren't getting along. This was maybe a couple months ago and that's the only thing she ever said to me. I told her if she needed me to talk to him or if she needed to talk to come to me and she didn't want me to talk to him. Then I saw then two hours later going to lunch and they were really friendly.

13. Question: Tell me what you did when Deanna showed you an explicit picture that Nick sent to her of himself?
Answer: I don't ever remember her showing me a picture that Nick sent to her.

14. Question: When did you tell Billy Markavich about what Deanna told you about Nick Rowan?
Answer: We just knew they had an argument and that they weren't getting along. The next time I saw her they were buddy buddy. They work in the back together. I didn't know anything was happening between them.

15. Question: Why would Deanna make up the fact that she told you about the matter and showed you a picture?
Answer: I don't know. But it seems that every time she gets into trouble or when she has to go. Then she would have an emergency call out and leave. The one time that Nick was off and she had to run the engine line by herself, she signed out early and left. I never knew that Nick sent her a picture. Not that we have written her up for anything, but just criticism, then she can't handle it and she signs out and leaves.

The only thing she ever told me was that her and Nick had a fight. I told her that if she ever had an issue with Nick then she can come and talk to me about it. She said that it was ok. I see them walking in to work together and eating lunch together. I thought things were ok with them.

16. Question: Is there any documentation that she has performance issues that you have been keeping?
Answer: I'm not sure Billy has documents, but I've been trying to coach her. I know that you have to train new employees. I see there is ability in her, but I think the issue is lack of effort. She signs out and misses work often.

17. Question: Why didn't you report the matter to HR?
Answer: I wasn't aware of the issue.

20. Question: have you ever written Nick up for not doing his job?
Answer: Billy told him that Nick had to write up a particular employee or get written up himself and he did so.

2 of 4

Ford/D. Johnson 00121

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Initial: W

24. Question: Is there any issue that you can think of that would cause Deanna Johnson indicate that she told you about the text messages and pictures that Nick sent her?
Answer: No. I'm the only one that goes out of my way to help her. I think she's got good skills, but I have to look at the person (Deanna) as the problem. When you have a person that has worked at every car company (GM, Chrysler) and other suppliers, but she has had many issues here since coming on board with TLs and we've moved her around. But she has still had confrontations with others. Additionally her attitude is off and she continues to go on medical.

I'm not saying that this didn't happen with Deanna but I have to look at the situation with Nick and her. I can't think that Nick has been here for almost 20 years but we've never heard any issues about him being a harasser. I talk to a lot of employees every day. They feel comfortable talking to me but I've never heard anyone tell me that he has come at them the wrong way.

25. Question: Have ever been inside of his cube? Are there punch holes or indentations in his cube?
Answer: Not that I know of. I can only remember seeing him mad one time. It was something to do with his daughter and her boyfriend. He was on the phone and he slammed the phone down. I've never seen him snap with all of the issues that go on out on the engine line.

26. Question: Anything else?
Answer: I just don't understand how I got mixed up in this. She told me that her and Nick weren't getting along but when I told her that I can go and talk to him or we can do something about it. She then said no. But then I saw them after that walking into to work together, eating lunch together, on breaks together. I know that if I had a problem with someone, I would avoid them at all costs after work outside of work or not eating lunch with them or going on breaks together. I looked out for her. Like when she had the issue with driving a Dodge Charger and people threatened her about it. I came down here to have her be able to park in the salaried lot. I handled that ten minutes after she told me.

*Thank you for participating in this investigation. This investigation is ongoing. Any information involved in this investigation is strictly confidential. You may not talk with anyone about your statement, people involved or anything else regarding the investigation. In addition, you are advised retaliation is strictly prohibited and may subject you to disciplinary action up to and including discharge. Someone may ask you to return for additional questioning.*

_____          11/30/18
Interviewee Name/Signature                Date

Ford/D. Johnson 00122