UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEANNA JOHNSON

    Plaintiff,

vs.

FORD MOTOR COMPANY,
*a Delaware corporation;*

    Defendant.
_____/

Case No. 2:19-cv-10167
Hon. Gershwin A. Drain
Mag. Judge Elizabeth A. Stafford

| | |
|---|---|
| Carol A. Laughbaum (P41711) | Elizabeth P. Hardy (P37426) |
| STERLING ATTORNEYS AT LAW, P.C. | Thomas J. Davis (P78626) |
| Attorney for Plaintiff | KIENBAUM, HARDY, VIVIANO, |
| 33 Bloomfield Hills Pkwy., Ste. 250 | PELTON & |
| Bloomfield Hills, Michigan 48304 | FORREST, P.L.C. |
| (248) 644-1500 | Attorneys for Defendant |
| claughbaum@sterlingattorneys.com | 280 N. Old Woodward Ave., Ste.400 |
| | Birmingham, MI 48009 |
| | (248) 645-0000 |
| | ehardy@khvpf.com |
| | tdavis@khvpf.com |

_____/

**DEFENDANT'S TRIAL EXHIBITS:**

| No. | Description |
|---|---|
| K | Screenshots – Plaintiff's Texts with Rowan (PLTF 3187-3231, 1884-1939, 3101-3104) |
| L | Screenshots – Plaintiff's Texts with Mahoney (PLTF 2165-2189, 3010-3014) |
| M | Screenshots – Plaintiff's Texts with Markavich (PLTF 2772-2791, 3107-3122) |
| M-2 | Plaintiff/Markavich texts (PLTF 2783-2791) |

| No. | Description |
|---|---|
| N-1 | June 2022 N1 Subpoena Production Spreadsheet |
| N-2 | 11/3/18 text messages |
| N-3 | Photos of line |
| Q | Johnson Application and Resume (Ford 1-13) |
| AA | 11/27/2018 Harris-Johnson Email Chain (Ford 00340) |
| BB | 11/27/2018 Johnson-Harris Email (Ford 00341) |
| CC | 11/27/2018 Johnson-Harris Emails (Ford 00344-00345) |
| DD | 11/27/2018 Johnson-Harris Emails (Ford 00357-00359) |
| EE | 11/28/2018 Harris-Johnson emails (Ford 00367-00370) |
| FF | 11/30/2018 Laughbaum email to Harris (Ford 948) |
| II | 9/19/18 OHSIM Report – Johnson (Ford 443-444) |
| KK | Beaumont/Dearborn Records (Ford 1407, 1443-1459) |
| TT-1 | Signed Interview Forms (Ford 799-800) |
| UU | Diagram of Plant (Ford 2062) |
| ZZ | Johnson Paint Investigation Interviews (Ford 652-653, 655-662) |
| AAA | Johnson Paint Investigation Discipline (Ford 646-647, 643) |
| BBB | Diagram of Final Office |
|  |  |