US - Application Part 1 - 30439BR : Production Supervisor for Johnson, Deanna                           Page 1 of 6

US - Application Part 1 - 30439BR : Production Supervisor for Johnson, Deanna     Help

Some fields on this Application Form were completed during the initial apply process. Please review your previous responses and update any fields that have changed. There are new fields to complete prior to interviewing, please complete the additional fields and click 'Save' to submit.

**Personal Data (Please provide your legal name as it appears on your Social Security Card)**

| First Name | Middle Name | Last Name |
|---|---|---|
| Deanna | | Johnson |

**Suffix**

**Known As (Nick Name)**

Deanna

**Current Address**

| Home Address | Address Line 2 (if needed) | City |
|---|---|---|
| 29752 Farmbook villla lane | | Southfield |

| State (Home) | Zip Code (Home) | Country - Current Address |
|---|---|---|
| MI | 48034 | United States |

**US Social Security Number (hidden 4/25/16)**

Is this your permanent address?
This is the address that will be used
for relocation benefits, if qualified

Yes

| Primary Phone | Other Phone | Preferred Phone |
|---|---|---|
| 313-454-8825 | | Primary Phone |

**Best time to call**

Morning

**Do you want to provide a link to your online Portfolio?**

No

| Primary Email | Do you have a School Email Address? | |
|---|---|---|
| djok123@hotmail.com | No | |

**Preferred Email**

Primary Email

DEFENDANT'S EXHIBIT
**Q**

Johnson
EXHIBIT 11
12/19/19
Rptr: Cheri Poplin

https://trmx.brassring.com/Jetstream/500/presentation/Template/Asp/Candidate/Forms/Vie...  1/22/2019

Ford/D. Johnson 1

US - Application Part 1 - 50459BR : Production Supervisor for Johnson, Deanna        Page 2 of 6

**Are you at least 18 years old?**

Only U.S. Citizens or aliens who verify a legal authorization to work in the U.S. are eligible for employment.

| Are you eligible to work in the United States permanently and indefinitely? | Will you now or in the future require immigration sponsorship for employment visa status? | If you are in the U.S. on a visa please specify your visa category. (*Note: as of 3.29.2017 this field is no longer visible to candidates.) |
|---|---|---|
| Yes | No | |

**Have you previously worked for Ford Motor Company?**

No

| Type of Work Desired (Choose one) | Date Available for Employment | What is your desired annual salary? |
|---|---|---|
| Full Time | 11-Jun-2018 | 60-70 |

What is your desired total direct compensation (annual salary and bonus)?

65-75

### Education

| Do you have college education? | Do you have Vocational or Technical education? | Do you have any Certifications or Licenses? |
|---|---|---|
| Yes | No | No |

**College/University**
Note: Start with your most recent college/university. For applicants currently pursuing a degree, enter the degree program you are currently pursuing in this section. Use the "Received or expected (Degree 1) field to enter the date the degree will be recieved.

| Most recent Type of Degree (Degree 1) | Most recent College or University Name (Degree 1) Search tip: one word only (ex: 'Michigan') or partial word (ex: 'Mich'). If your school is not listed, search on 'other' for options. | Most recent Minor (Degree 1) |
|---|---|---|
| Associates | | Business-Facility Management |
| Please confirm this is your most recent education | | Out of a Possible (Degree 1) |
| Yes | Wayne State University - MI | Received or expected (Degree 1) |

US - Application Part 1 - 50459BR : Production Supervisor for Johnson, Deanna          Page 3 of 6

| | | |
|---|---|---|
| **Most recent Major GPA (Degree 1)** | **Most recent Overall GPA (Degree 1)** | 21-Jun-1989 |
| **If no degree credits earned (Degree 1)** | | **City (Degree 1)**<br>Detroit |
| | **Graduated (Degree 1)**<br>Yes | |
| **State (Degree 1)** | | |
| | **Country (Degree 1)**<br>United States | |

**Do you have additional college education?**  No

### Additional Education

| **Graduated - Additional Education** | **City - Additional Education** |
|---|---|

### Scholarship

**Are you a Ford Scholarship recipient?**

No

### Other Languages

| **What foreign languages do you read?** | **What foreign languages do you write?** | **What foreign languages do you speak?** |
|---|---|---|

**Do you have work experience to add?**  No

Work Experience - Start with your most recent employer. NOTE: If you do not have work experience, please enter N/A.

| **Employer 1 Name**<br>tri force manufacturing | **Please confirm this is your most recent employer.**<br>Yes | **May we contact your current employer?**<br>Yes |
|---|---|---|
| **Position Title - Employer 1**<br>quality inspection specialist | **Address**<br>8100 east Jefferson | **Average Number of Work Hours per week - Employer 1**<br>30-40 |
| **Dates Employed From - Employer 1** | **Dates Employed To - Employer 1** | |

https://trmx.brassring.com/Jetstream/500/presentation/Template/Asp/Candidate/Forms/Vie...   1/22/2019

Ford/D. Johnson 3

| | | |
|---|---|---|
| 08-Feb-2017 | 11-Jun-2018 | |

**Duties - Employer 1**

Supervised 26 employees

Root cause analysis

Quality Inspection

Technical reports

**Reason for Leaving - Employer 1**

Not enough hours

**Add Employer #2?**

Yes

### Employer 2

| **Employer 2 Name** | **Position Title - Employer 2** | **Address - Employer 2** |
|---|---|---|
| z tech manufacturing | quality | 26015 capital dr |
| **Dates Employed From - Employer 2** | **Dates Employed To - Employer 2** | **Average Number of Work Hours Per Week - Employer 2** |
| 02-Feb-2015 | 02-Feb-2017 | 35-40 |

**Duties - Employer 2**

Inspection of Raw materials

Assistant to chemist

**Reason for Leaving - Employer 2**

Growth

**Add Employer #3?**

Yes

### Employer 3

| **Employer 3 Name** | **Position Title - Employer 3** | **Address - Employer 3** |
|---|---|---|
| Cadillac plastics manufacturing | production supervisor | 29784 little mack |

| Dates Employed From - Employer 3 | Dates Employed To - Employer 3 | Average Number of Work Hours per Week - Employer 3 |
|---|---|---|
| 20-Aug-2008 | 02-Mar-2015 | 50-60 |
| | | **Reason for Leaving - Employer 3** |
| | | Growth |
| **Duties - Employer 3** | | |
| Supervised 34 employees | | |
| Visual Add-ons | | |
| Supervised Cnc training | | |
| Ad-Hering to 5S Methodology | | |

Carefully read the paragraph below before signing and dating the application.

I understand that my employment will be contingent upon my submitting to a physical examination to assure that I am physically able to perform the type of employment for which I am applying. I consent to my urine sample being taken and used to determine whether I meet the Company's requirement concerning absence of recent drug use in order to be considered for employment. I further understand that medical and other information disclosed to the Company's examining physician or shared with the Company as part of the employment application process is not for treatment as a patient, and is not privileged. I understand that my employment will be subject to verification of the information I have provided on this application and any related documents or resume.

I understand that it may be necessary for the Company to use consumer reporting agencies to verify such information provided by me and that any information obtained may be retained by those agencies and subsequently used in later reports. I understand that the Company chooses consumer reporting agencies with care.

I understand that should use of a consumer reporting agency for verification of the information provided by me be deemed necessary, I will be contacted to complete releases to the parties from whom verification will be sought, and that I may make a written request to the Company location to which I applied for a copy of the verification report.

Alternatively, I may make a written request of the consumer reporting agencies for additional information as to the nature and scope of the verification report. I understand that if the need to correct or amend any statement on the verification report arises, I may notify the Company location to which I made application.

I understand that the Company will not make any unwarranted disclosure of information generated in the process of application to persons outside the company without my consent.

I understand that only U.S. citizens and aliens legally authorized to work in the U.S. are eligible for employment consideration, and that my eligibility will be subject to verification, as required by law, if I am selected for employment. In particular, aliens seeking full-time employment must provide proof of legal authorization to work in the U.S. on the type of job for which they are applying.

By typing my name below and clicking "Save," I hereby certify that the information above is true and correct to the best of my knowledge. I further acknowledge and understand that my electronic signature shall have the same legal effect as a handwritten signature.

**Signature**

DeAnna nJohnson

**Date**

26 May 2019

US - Application Part 1 - 50459BR : Production Supervisor for Johnson, Deanna          Page 6 of 6

| | | |
|---|---|---|
| **Date added** | 26-May-2018 | Submission, System () |
| **Last action** | 11-Sep-2018 | djok123@hotmail.com |

[Close]  [View Image PDF]

https://trmx.brassring.com/Jetstream/500/presentation/Template/Asp/Candidate/Forms/Vie...    1/22/2019

US - Application Part 2 - 30439BR : Production Supervisor for Johnson, Deanna    Page 1 of 1

US - Application Part 2 - 30439BR : Production Supervisor for Johnson, Deanna    Help

**Application Part 2**

This portion of your application will be detached and maintained separately. It will be used only when the information is relevant to your application. If employed, this information will not become part of your permanent employment record.

Criminal convictions will not automatically disqualify an applicant from employment. Do not include charges expunged, convictions adjudged "youthful offender" or "juvenile," or convictions for minor traffic violations (note: driving while under the influence is not considered a minor traffic violation; therefore, these convictions should be disclosed).

Have you ever been convicted of a violent crime punishable by more than 15 years imprisonment? No

Have you been convicted of any crime within the last seven years? No

Have you been arrested and charged with a crime, the prosecution of which is currently pending? No

If the answer is "yes" to any of these inquiries, identify the crime(s) you were convicted of and/or the crime(s) for which you are currently being prosecuted. For each such offense, please provide your legal name at the time of arrest, the court in which you were or are being prosecuted, any sentences or penalties imposed (including dates) and the terms of any probation(s) (including dates), if applicable.

By typing my name below and clicking "Save," I hereby certify that the information above is true and correct to the best of my knowledge. I further acknowledge and understand that my electronic signature shall have the same legal effect as a handwritten signature.

**Signature**  DeAnna Johnson        **Date**  12-Jun-2018

NOTE: The following 2 questions below are no longer valid and have been replaced with the questions above. **The 2 questions below are only visible to Recruiter, Program Coordinator and HRBO Users to be able to view historic data on Candidates prior to the revision.**
*Effective September 2013*

Have you, at any time on or prior to the date you signed the Application for Salaried Employment to which this sheet is attached, been convicted of a felony or misdemeanor (including any alcohol-related convictions) within the last five years? Do not include arrests without conviction, charges expunged, convictions adjudged "youthful offender" or "juvenile", or civil infractions involving traffic violations.

If yes, please briefly describe the circumstances of your conviction and your name at that time; indicating the date, nature, and place of the offense and disposition of the case including any rehabilitation. Your answer is looked upon only as one of the factors considered in the employment decision and is evaluated in terms of the nature, severity, and date of the offense.

Clicking on Save submits your completed application to Ford. If you would like a copy for your records, please print prior to saving.

**Date added**    12-Jun-2018        djok123@hotmail.com

Close    View Image PDF

https://trmx.brassring.com/Jetstream/500/presentation/Template/Asp/Candidate/Forms/Vie...    1/22/2019

Ford/D. Johnson 7

Gateway Questionnaire score: 0
Job Specific Questions score: 4
Total score: 4

| | | |
|---|---|---|
| What level of education have you completed or will complete prior to beginning this position? | Associate's Degree | 1 |
| What is your field of study? | Automotive Technology (All Disciplines) | 1 |
| What is your work authorization? | US Citizen | 1 |
| How many years of related work experience do you have that is applicable to this position? | 10+ | 1 |

Date added          26-May-2018          Submission, System ()

US External RA GQ v.24

### To Questions and Answers

DeAnna Johnson
Quality Inspection Specialist
Southfield, MI 48034
djok123@hotmail.com
3134548825
Work Experience
Quality Assurance Supervisor
Triton force Manufacturing - Detroit, MI
February 2017 to Present
* Quality Management for 26 employees

* Root cause analysis specialist

* Inspection of all metal and steel coatings

* Maintain speed sheet of expired materials

* Analyze

* Testing to assure Quality with passing results 87% bring profit margin to highest in 6 mo.

* Technical report of final findings

* Saved 30% of company budget with cost effective materials.
Quality Inspection Specialist
Z technologies - Redford, MI
February 2015 to February 2017
* Responsible for the Final Inspection of all products

* Inspection of all raw materials using various instruments, checking calibration, sag, density, and viscosity.

* Using ISO 9001 Standards achieving positive results

* Assistant to Chemist / using root cause analysis to assure Quality

* Responsible for saving 25% of budget using cost effective products

* Responsible for the Set up the laboratory equipment needed to perform tests and experiments and or product's for that day

* responsible for required maintenance and/or calibration on equipment

* (C of A ) Certification of Analysis Report is given if the product is passable. If not passable Ii is adjusted with various chemicals until passable this process is done with raw materials.
Production Supervisor
Cadillac Products Inc - Roseville, MI
August 2008 to March 2015
* Supervised 34 employees

* Employees assembled various plastic parts for Ford, GM, Chrysler, and others with the highest regards to safety first!

* Managed 8-10 different plastic molding machines.

* Overseeing inspection of all parts as they are made to Quality standards and assure customer satisfaction.

* 5 s methodology
Customer Service Supervisor
Publix - Sandy Springs, GA
January 2004 to July 2008
* Responsible for daily start up, appearance of product, quality of product, assuring product satisfaction.

* Supervised 20-25 employees, team leader of Safety first balanced 3 times a day,
* Prepared all safe drops, and close out end of the day, task of preparing and organizing, scheduling, for the next day and/or shift.
Education
Associate
Skills
Microsoft outlook, Root cause analysis, Micosoft word, PowerPoint, Excel, Customer support, Spread sheets

Codes: 30439BR US SF_Indeed

Employment

| | |
|---|---|
| Are you a current US Salaried Ford employee? | No |
| Are you at least 18 years old? | Yes |
| Have you previously worked for Ford Motor Company? | No |
| Type of Work Desired (Choose one) | Full Time |
| Are you a Ford Scholarship recipient? | No |
| What is your desired annual salary? | open |
| What is your desired total direct compensation (annual salary and bonus)? | open |

**Talent Profile**

### Resume

| | |
|---|---|
| Do you want to provide a link to your online Portfolio? | No |
| Cover letter | |
| Full Legal FIRST Name/Given Name | Deanna |
| Full Legal LAST Name(s)/Surname | Johnson |
| Known As (Nick Name) | Deanna |
| Primary Phone | 313-454-8825 |
| Preferred Phone | Primary Phone |
| Primary Email Address | djok123@hotmail.com |
| Address Line 1 | 29752 Farmbook villia lane |
| Country | United States |
| City | Southfield |
| State/Region/Province | Michigan |
| Zip/Postal Code | 48034 |

**Education**

| | |
|---|---|
| Do you have college education? | Yes |
| Most recent College or University Name (Degree 1)<br>Search tip: one word only (ex: 'Michigan') or partial word (ex: 'Mich'). If your school is not listed, search on 'other' for options. | Wayne State University - MI |
| Most recent Type of Degree (Degree 1) | Associates |
| Please confirm this is your most recent education | Yes |
| Most recent Major (Degree 1)<br>Search tip: one word only (ex: 'Engineer') or partial word (ex: 'Eng'). If your major is not listed, search on 'other' for options. | Business - Automotive Manage |
| Most recent Minor (Degree 1) | Business- Facility Management |
| Graduated (Degree 1) | Yes |
| Received or expected (Degree 1) | 21-Jun-1989 |
| Do you have additional college education? | No |
| Do you have Vocational or Technical education? | No |
| Do you have any Certifications or Licenses? | No |

**Experience**

| | |
|---|---|
| Employer 1 | tri force manufacturing |
| Please confirm this is your most recent employer. | Yes |
| Position Title - Employer 1 | quality inspection specialist |

Dates Employed From - Employer 1   08-Feb-2017
Dates Employed To - Employer 1   11-Jun-2018
Add Employer #2?   Yes
Employer 2   z tech manufacturing
Position Title - Employer 2   quality
Dates Employed From - Employer 2   02-Feb-2015
Dates Employed To - Employer 2   02-Feb-2017
Add Employer #3?   Yes
Employer 3   Cadillac plastics manufacturing
Position Title - Employer 3   production supervisor
Dates Employed From - Employer 3   20-Aug-2008
Dates Employed To - Employer 3   02-Mar-2015

**Source**

Where did you learn about employment opportunities at Ford?   Company Employee
Please list who referred you   Donald "Q" Lowery

**Confidential Information**

Gender   Female
Please select your race from the categories listed   Black/African American
Please check one of the boxes below:   NO, I DON'T HAVE A DISABILITY
Your Name   DeAnna Johnson
Today's Date   26-May-2018

If you believe you belong to any of the categories of protected veterans listed above, please indicate by checking the appropriate box below. As a Government contractor subject to VEVRAA, we request this information in order to measure the effectiveness of the outreach and positive recruitment efforts we undertake pursuant to VEVRAA.   I AM NOT A PROTECTED VETERAN

**Additional Questions**

Are you eligible to work in the United States permanently and indefinitely?   Yes
Will you now or in the future require immigration sponsorship for employment visa status?   No

**Submission Job Responses**

Job response - External - U.S./30439BR

**Acknowledgement**

Signature   DeAnna nJohnson
Date   26-May-2018

Date added            26-May-2018

Ford/D. Johnson 11

# DeAnna Johnson

**Quality Inspection Specialist**
Southfield, MI 48034
djok123@hotmail.com
3134548825

## Work Experience

**Quality Assurance Supervisor**
Triton force Manufacturing - Detroit, MI
February 2017 to Present

* Quality Management for 26 employees

* Root cause analysis specialist

* Inspection of all metal and steel coatings

* Maintain speed sheet of expired materials

* Analyze

* Testing to assure Quality with passing results 87% bring profit margin to highest in 6 mo.

* Technical report of final findings

* Saved 30% of company budget with cost effective materials.

**Quality Inspection Specialist**
Z technologies - Redford, MI
February 2015 to February 2017

* Responsible for the Final Inspection of all products

* Inspection of all raw materials using various instruments, checking calibration, sag, density, and viscosity.

* Using ISO 9001 Standards achieving positive results

* Assistant to Chemist / using root cause analysis to assure Quality

* Responsible for saving 25% of budget using cost effective products

* Responsible for the Set up the laboratory equipment needed to perform tests and experiments and or product's for that day

\* responsible for required maintenance and/or calibration on equipment

\* (C of A ) Certification of Analysis Report is given if the product is passable. If not passable li is adjusted with various chemicals until passable this process is done with raw materials.

**Production Supervisor**
Cadillac Products Inc   -   Roseville, MI
August 2008 to March 2015

\* Supervised 34 employees

\* Employees assembled various plastic parts for Ford, GM, Chrysler, and others with the highest regards to safety first!

\* Managed 8-10 different plastic molding machines.

\* Overseeing inspection of all parts as they are made to Quality standards and assure customer satisfaction.

\* 5 s methodology

**Customer Service Supervisor**
Publix   -   Sandy Springs, GA
January 2004 to July 2008

\* Responsible for daily start up, appearance of product, quality of product, assuring product satisfaction.

\* Supervised 20-25 employees, team leader of Safety first balanced 3 times a day,
\* Prepared all safe drops, and close out end of the day, task of preparing and organizing, scheduling, for the next day and/or shift.

Education

**Associate**

Skills

Microsoft outlook, Root cause analysis, Micosoft word, PowerPoint, Excel, Customer support, Spread sheets