## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 7/26/2018 3:03:32 PM -04:00 |
| Start time | 7/26/2018 3:03:32 PM -04:00 |

## Participants

+14198705186
+17708782460
Antwain*

+18103940976
Jason Mester*

+15867137934
+12488269798
Billy Boss*

+13133990781
+12163362728
Rich Mahoney*

## Conversation - Instant Messages (1)

From: +12163362728 Rich Mahoney
To: +18103940976 Jason Mester
To: +13133990781
To: +15867137934
To: +14198705186
To: +17708782460 Antwain
To: +12488269798 Billy Boss
To: +13134548825 DEANNA JOHNSON

I promise on my child's life that I will not fill this whiteboard out again 26 items on this board with no cut off.  I'm done ground hog day and I'm not staying 7pm to talk about it

**Attachments:**

Size: 293
File name: 0.smil
0.smil

Size: 181
File name: text_01.txt
text_01.txt

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18103940976 Jason Mester | | | |
| +13133990781 | | | |
| +15867137934 | | | |
| +14198705186 | | | |
| +17708782460 Antwain | | | |
| +12488269798 Billy Boss | | | |
| +13134548825 DEANNA JOHNSON | | | |

Status: Read

7/26/2018 3:03:32 PM(UTC-4)



PLAINTIFF'S EXHIBIT 50