UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


DeAnna Johnson,

                          Plaintiff(s),

v.                                                    Case No. 2:19–cv–10167–GAD–EAS
                                                      Hon. Gershwin A. Drain
Ford Motor Company,

                          Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

   The following motion(s) have been filed:

            Motion – #208
            Motion for New Trial – #216
   Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by
District Judge Gershwin A. Drain *without* oral argument.

   Motions will be decided by the briefs unless otherwise ordered by the Court.



**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                                          By: s/L. Bartlett_____
                                                Case Manager

Dated:   February 8, 2024